## UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Dennis Peter Hughes Jr**

**Heather Biffle Hughes**

Case No.: **11−50040−jrs**
Chapter: **13**
Judge: **James R. Sacca**

# *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**

N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Certificate of Credit Counseling (for joint debtor)
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

Dated: 1/4/11

M. Regina Thomas
Clerk of Court

Form 430

By: Delores Blatch
    Deputy Clerk