**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Dennis Peter Hughes Jr**

**Heather Biffle Hughes**

Case No.: **11–50040–jrs**
Chapter: **13**
Judge: **James R. Sacca**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Certificate of Credit Counseling (for joint debtor)
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

Dated: 1/4/11

M. Regina Thomas
Clerk of Court

Form 430

By: Delores Blatch
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: blatchd                Page 1 of 1                  Date Rcvd: Jan 04, 2011
Case: 11-50040                 Form ID: 430                 Total Noticed: 3

The following entities were noticed by first class mail on Jan 06, 2011.
db/jtdb       +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,    3940 Lake Pass Lane,    Suwanee, GA 30024-1881
aty           +Michael R. Rethinger,   R and R Law Group, LP,    72 Spring Street, SW,    Atlanta, GA 30303-3317

The following entities were noticed by electronic transmission on Jan 04, 2011.
tr            +E-mail/Text: bnc@13trusteeatlanta.com                                Adam M. Goodman,
                Adam M. Goodman, 13 Trustee,    Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2011**                          **Signature:** _/s/ Joseph Speetjens_