**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **DENNIS PETER HUGHES, JR. &** | ) | **CASE NO: A11-50040-JRS** |
| **HEATHER BIFFLE HUGHES,** | ) | |
| Debtors. | ) | |

**STATEMENT CONCERNING PAYMENT ADVICES**
**PURSUANT TO 11 U.S.C. §521(a)(1)(B)(iv) AND**
**SUBMISSION TO TRUSTEE OR CREDITOR OF TAX RETURNS**
**UNDER 11 U.S.C. § 521(e)**

**COME NOW**, the above-captioned Debtors and by and through their counsel of record, certifies that they have provided to the Trustee with the following:

1) The attached copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

2) A copy of their Federal income tax return, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return was filed.

No creditor has made a request of copies of the payment advices or Federal income tax returns within 14 days before the first date set for the meeting of creditors.

This 21ST day of January, 2011.

_____/S/_____
Richard K. Valldejuli, Jr.
Ga. State Bar #723225
Attorney for Debtors

R & R Law Group, LP
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957

Help |

# View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| Net Pay: | $1,102.32 |
| Pay Begin Date: | 11/27/2010 |
| Pay End Date: | 12/10/2010 |
| Check Date: | 12/17/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

| Paycheck Summary | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 79.40 | 1,102. |
| YTD | 36,958.79 | 35,115.59 | 5,701.58 | 1,910.40 | 29,346. |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Amount | | YTD Amount | Description | Amount | Y" Amou |
| Reg Hours* | 77.50 | 1,391.18 | | 34,710.56 | Fed Withholdng | 36.74 | 1,085. |
| Perf Cash | | | | 2,248.23 | Fed MED/EE | 20.15 | 535. |
| | | | | | Fed OASDI/EE | 86.14 | 2,288. |
| | | | | | GA Withholdng | 66.43 | 1,791. |
| * Hours Worked | | | | | | | |
| Total: | 77.50* | 1,391.18 | | 36,958.79 | Total: | 209.46 | 5,701. |

| Before-Tax Deductions | | | After Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | Y" Amou |
| 401(k) | 72.00 | 1,800.00 | GrpAD/D-AT | 5.60 | 67.20 | | | |

| SpsAD/D-BT | 1.80 | 43.20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Total: | 5.60 | 67.20 | * Taxable Total: | 0. |
| Total: | 73.80 | 1,843.20 | | | | | |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
| Direct Deposit | 21200091 | Checking | | 1,102. |

Go To:  Associate Home

Payroll and Compensation Home

Help |

## View Paycheck

Dennis Hughes Jr

| | | |
|---|---|---|
| **Company:** | **Net Pay:** | $1,107.91 |
| State Farm Mutual Auto Ins Co | **Pay Begin Date:** | 11/13/2010 |
| **Address:** | **Pay End Date:** | 11/26/2010 |
| One State Farm Plaza | **Check Date:** | 12/03/2010 |
| Bloomington, IL 61710-0001 | | |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.47 | 73.80 | 1,107. |

| Earnings | | | | Taxes | |
|---|---|---|---|---|---|
| **Description** | **Hours** | | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | | 1,391.18 | Fed Withholdng | 36. |
| | | | | Fed MED/EE | 20. |
| | | | | Fed OASDI/EE | 86. |
| | | | | GA Withholdng | 66. |
| * Hours Worked | | | | | |
| **Total:** | 77.50* | | 1,391.18 | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable Total: | |
|--------|-------|--------|--|-----------------|--|

| Net Pay Distribution | | | | |
|----------------------|----------------|--------------|----------------|------|
| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amou** |
| Direct Deposit | 21132081 | Checking | ▇▇▇▇▇▇▇▇▇ | 1,107. |

**Go To:**    Associate Home

Payroll and Compensation Home

Help | 

## View Paycheck

Dennis Hughes Jr

| | | |
|---|---|---|
| Company: | Net Pay: | $1,102.33 |
| State Farm Mutual Auto Ins Co | Pay Begin Date: | 10/30/2010 |
| Address: | Pay End Date: | 11/12/2010 |
| One State Farm Plaza | Check Date: | 11/19/2010 |
| Bloomington, IL 61710-0001 | | |

View a Different Payment

| General | | | |
|---|---|---|---|
| Name: | Dennis Peter Hughes Jr | Business Unit: | STDBU |
| Employee ID: | BI8187 | Pay Group: | Auto Co-Group 2 |
| Address: | 3940 Lake Pass Lane | Department: | 127023 - Mailroom |
| | Suwanee, GA 30024 | Location: | Atlanta Operations Center |
| | | Job Title: | Service Tech II |
| | | Pay Rate: | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| Fed Marital Status: Married | | GA Marital Status: | Single allowance |
| Fed Allowances: | 3 | GA Allowances: | 0 |
| Fed Addl Amount: $0.00 | | GA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 79.40 | 1,102. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| Description | Hours | Amount | Description | Amou |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| Total: | 77.50* | 1,391.18 | Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |
|---|---|---|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 21065325 | Checking | | 1,102. |

**Go To:**   Associate Home

Payroll and Compensation Home

Help | http

# View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Net Pay:** | $1,107.92 |
| **Pay Begin Date:** | 10/16/2010 |
| **Pay End Date:** | 10/29/2010 |
| **Check Date:** | 11/05/2010 |

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

View a Different Payment

## General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82      Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 73.80 | 1,107. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| **Total:** | **77.50*** | **1,391.18** | **Total:** | **209.** |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable<br>Total: | |
|--------|-------|--------|--|---------------------|--|

| Net Pay Distribution | | | | |
|----------------------|-----------------|--------------|----------------|--------|
| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
| Direct Deposit | 20998570 | Checking | | 1,107. |

Go To:    Associate Home

Payroll and Compensation Home

Help | 

# View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| Net Pay: | $1,102.33 |
| Pay Begin Date: | 10/02/2010 |
| Pay End Date: | 10/15/2010 |
| Check Date: | 10/22/2010 |

View a Different Payment

---

**General**

| | | | |
|---|---|---|---|
| Name: | Dennis Peter Hughes Jr | Business Unit: | STDBU |
| Employee ID: | BI8187 | Pay Group: | Auto Co-Group 2 |
| Address: | 3940 Lake Pass Lane | Department: | 127023 - Mailroom |
| | Suwanee, GA 30024 | Location: | Atlanta Operations Center |
| | | Job Title: | Service Tech II |
| | | Pay Rate: | $36,170.82      Annual |

---

**Tax Data**

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | GA Marital Status: | Single allowance |
| Fed Allowances: | 3 | GA Allowances: | 0 |
| Fed Addl Amount: | $0.00 | GA Addl Amount: | $0.00 |

---

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 79.40 | 1,102. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| Total: | 77.50* | 1,391.18 | Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |
|--------|-------|--------|------|------------------|

| Net Pay Distribution | | | | |
|----------------------|-----------------|--------------|----------------|--------|
| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
| Direct Deposit | 20931856 | Checking | | 1,102. |

Go To:    Associate Home

          Payroll and Compensation Home

Help | http

# View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Company:** | **Net Pay:** $1,107.92 |
| State Farm Mutual Auto Ins Co | |
| **Address:** | **Pay Begin Date:** 09/18/2010 |
| One State Farm Plaza | **Pay End Date:** 10/01/2010 |
| Bloomington, IL 61710-0001 | **Check Date:** 10/08/2010 |
| | View a Different Payment |

## General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 73.80 | 1,107. |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| Reg Hours* | 77.50 | 1,391.18 |
| * Hours Worked | | |
| **Total:** | **77.50*** | **1,391.18** |

### Taxes

| Description | Amou |
|---|---|
| Fed Withholdng | 36. |
| Fed MED/EE | 20. |
| Fed OASDI/EE | 86. |
| GA Withholdng | 66. |
| **Total:** | **209.** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| 401(k) | 72.00 |
| SpsAD/D-BT | 1.80 |

### After Tax Deductions

| Description | Amount |
|---|---|

### Employer Paid Benefits

| Description | Amou |
|---|---|

| Total: | 73.80 | Total: | | * Taxable
Total: | |
|---|---|---|---|---|---|

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
| Direct Deposit | 20865335 | Checking | | 1,107. |

**Go To:**  Associate Home

Payroll and Compensation Home

Pay Icase,

Help |

## View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Net Pay:** | $1,102.32 |

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Pay Begin Date:** | 09/04/2010 |
| **Pay End Date:** | 09/17/2010 |
| **Check Date:** | 09/24/2010 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82     Annual |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 79.40 | 1,102. |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| Reg Hours* | 77.50 | 1,391.18 |
| * Hours Worked | | |
| Total: | 77.50* | 1,391.18 |

### Taxes

| Description | Amou |
|---|---|
| Fed Withholdng | 36. |
| Fed MED/EE | 20. |
| Fed OASDI/EE | 86. |
| GA Withholdng | 66. |
| Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |
|--------|-------|--------|------|------------------|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|--------------|-----------------|--------------|----------------|------|
| Direct Deposit | 20798614 | Checking | ▬▬▬▬▬▬ | 1,102. |

**Go To:**    Associate Home

Payroll and Compensation Home

Help | 🖥

## View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Net Pay:** | $1,107.92 |

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Pay Begin Date:** | 08/21/2010 |
| **Pay End Date:** | 09/03/2010 |
| **Check Date:** | 09/10/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 73.80 | 1,107. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| **Total:** | 77.50* | 1,391.18 | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable Total: |
|---|---|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20731123 | Checking | | 1,107. |

**Go To:**   Associate Home

Payroll and Compensation Home

Help | 🖳

## View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| Net Pay: | $1,102.32 |
| Pay Begin Date: | 08/07/2010 |
| Pay End Date: | 08/20/2010 |
| Check Date: | 08/27/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 79.40 | 1,102. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| **Total:** | 77.50* | 1,391.18 | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20663726 | Checking | | 1,102. |

**Go To:**   Associate Home

Payroll and Compensation Home

Pay I Case    Doc    Filed    Entered    Desc    Help2

Help | 🖥
http

## View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Net Pay:** | $1,107.93 |
| **Pay Begin Date:** | 07/24/2010 |
| **Pay End Date:** | 08/06/2010 |
| **Check Date:** | 08/13/2010 |

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82      Annual |

### Tax Data

| | | | | |
|---|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 73.80 | 1,107. |

| Earnings | | | | | Taxes | |
|---|---|---|---|---|---|---|
| Description | | Hours | Amount | | Description | Amou |
| Reg Hours* | | 77.50 | 1,391.18 | | Fed Withholdng | 36. |
| | | | | | Fed MED/EE | 20. |
| | | | | | Fed OASDI/EE | 86. |
| | | | | | GA Withholdng | 66. |
| * Hours Worked | | | | | | |
| Total: | | 77.50* | 1,391.18 | | Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable Total: |
|---|---|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20595983 | Checking | | 1,107. |

**Go To:**  Associate Home

Payroll and Compensation Home

# View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co
**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Net Pay:** | $1,109.29 |
| **Pay Begin Date:** | 07/10/2010 |
| **Pay End Date:** | 07/23/2010 |
| **Check Date:** | 07/30/2010 |

View a Different Payment

## General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,319.18 | 209.89 | 72.00 | 1,109. |

### Earnings
| Description | Hours | Amount |
|---|---|---|
| Reg Hours* | 77.50 | 1,391.18 |
| * Hours Worked | | |
| Total: | 77.50* | 1,391.18 |

### Taxes
| Description | Amou |
|---|---|
| Fed Withholdng | 36. |
| Fed MED/EE | 20. |
| Fed OASDI/EE | 86. |
| GA Withholdng | 66. |
| Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |
| 401(k) | 72.00 | | | | |
| | | | | * Taxable | |

| Total: | 72.00 | Total: | | | Total: | |
|--------|-------|--------|--|--|--------|--|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|--------------|-----------------|--------------|----------------|------|
| Direct Deposit | 20528343 | Checking | | 1,109. |

**Go To:** Associate Home

Payroll and Compensation Home

Help | http

# View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Net Pay:** | $1,102.33 |
| **Pay Begin Date:** | 06/26/2010 |
| **Pay End Date:** | 07/09/2010 |
| **Check Date:** | 07/16/2010 |

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

View a Different Payment

### General

| | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82      Annual |

### Tax Data

| | | | | |
|---|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 79.40 | 1,102. |

| Earnings | | | | Taxes | |
|---|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | | Fed Withholdng | 36. |
| | | | | Fed MED/EE | 20. |
| | | | | Fed OASDI/EE | 86. |
| | | | | GA Withholdng | 66. |
| * Hours Worked | | | | | |
| **Total:** | 77.50* | 1,391.18 | | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |
|--------|-------|--------|------|------------------|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|--------------|-----------------|--------------|----------------|------|
| Direct Deposit | 20460670 | Checking | ██████████ | 1,102. |

**Go To:**   Associate Home

Payroll and Compensation Home

Help | 🖶

# View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Net Pay:** | $1,107.91 |
| **Pay Begin Date:** | 06/12/2010 |
| **Pay End Date:** | 06/25/2010 |
| **Check Date:** | 07/02/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.47 | 73.80 | 1,107. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| **Total:** | 77.50* | 1,391.18 | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable Total: | |
|---|---|---|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20393569 | Checking | | 1,107. |

Go To:   Associate Home
Payroll and Compensation Home

# View Paycheck

Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co
**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| Net Pay: | $1,102.33 |
| Pay Begin Date: | 05/29/2010 |
| Pay End Date: | 06/11/2010 |
| Check Date: | 06/18/2010 |

View a Different Payment

## General

| | | | |
|---|---|---|---|
| Name: | Dennis Peter Hughes Jr | Business Unit: | STDBU |
| Employee ID: | BI8187 | Pay Group: | Auto Co-Group 2 |
| Address: | 3940 Lake Pass Lane | Department: | 127023 - Mailroom |
| | Suwanee, GA 30024 | Location: | Atlanta Operations Center |
| | | Job Title: | Service Tech II |
| | | Pay Rate: | $36,170.82    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | GA Marital Status: | Single allowance |
| Fed Allowances: | 3 | GA Allowances: | 0 |
| Fed Addl Amount: | $0.00 | GA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 79.40 | 1,102. |

### Earnings
| Description | Hours | Amount |
|---|---|---|
| Reg Hours* | 77.50 | 1,391.18 |
| * Hours Worked | | |
| Total: | 77.50* | 1,391.18 |

### Taxes
| Description | Amou |
|---|---|
| Fed Withholdng | 36. |
| Fed MED/EE | 20. |
| Fed OASDI/EE | 86. |
| GA Withholdng | 66. |
| Total: | 209. |

### Before-Tax Deductions
| Description | Amount |
|---|---|
| 401(k) | 72.00 |
| SpsAD/D-BT | 1.80 |

### After Tax Deductions
| Description | Amount |
|---|---|
| GrpAD/D-AT | 5.60 |

### Employer Paid Benefits
| Description | Amou |
|---|---|

| Total: | 73.80 | Total: | | 5.60 | * Taxable Total: | |
|---|---|---|---|---|---|---|

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amou** |
| Direct Deposit | 20324903 | Checking | | 1,102. |

**Go To:** Associate Home

Payroll and Compensation Home

Help | 🖥

## View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Net Pay:** | $1,107.92 |

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | |
|---|---|
| **Pay Begin Date:** | 05/15/2010 |
| **Pay End Date:** | 05/28/2010 |
| **Check Date:** | 06/04/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82   Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.46 | 73.80 | 1,107. |

| Earnings | | | Taxes | |
|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | Fed Withholdng | 36. |
| | | | Fed MED/EE | 20. |
| | | | Fed OASDI/EE | 86. |
| | | | GA Withholdng | 66. |
| * Hours Worked | | | | |
| **Total:** | 77.50* | 1,391.18 | **Total:** | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable
Total: |

| Net Pay Distribution | | | | |
| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
| Direct Deposit | 20256679 | Checking | ████████████ | 1,107. |

**Go To:**   Associate Home

Payroll and Compensation Home

Help | 🖳

## View Paycheck

Dennis Hughes Jr

| | |
|---|---|
| **Company:** | **Net Pay:** $1,102.32 |
| State Farm Mutual Auto Ins Co | **Pay Begin Date:** 05/01/2010 |
| **Address:** | **Pay End Date:** 05/14/2010 |
| One State Farm Plaza | **Check Date:** 05/21/2010 |
| Bloomington, IL 61710-0001 | View a Different Payment |

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82    Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** $0.00 | | **GA Addl Amount:** | $0.00 |

| Paycheck Summary | | | | | |
|---|---|---|---|---|---|
| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
| Current | 1,391.18 | 1,317.38 | 209.46 | 79.40 | 1,102. |

| Earnings | | | | Taxes | |
|---|---|---|---|---|---|
| Description | Hours | Amount | | Description | Amou |
| Reg Hours* | 77.50 | 1,391.18 | | Fed Withholdng | 36. |
| | | | | Fed MED/EE | 20. |
| | | | | Fed OASDI/EE | 86. |
| | | | | GA Withholdng | 66. |
| * Hours Worked | | | | | |
| Total: | 77.50* | 1,391.18 | | Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |
| 401(k) | 72.00 | GrpAD/D-AT | 5.60 | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | 5.60 | * Taxable Total: |
|---|---|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20188876 | Checking | ▆▆▆▆▆▆▆ | 1,102. |

Go To:    Associate Home

Payroll and Compensation Home

Help | http

## View Paycheck

### Dennis Hughes Jr

**Company:**
State Farm Mutual Auto Ins Co

**Address:**
One State Farm Plaza
Bloomington, IL 61710-0001

| | | |
|---|---|---|
| **Net Pay:** | $1,107.93 |
| **Pay Begin Date:** | 04/17/2010 |
| **Pay End Date:** | 04/30/2010 |
| **Check Date:** | 05/07/2010 |

View a Different Payment

| General | | | |
|---|---|---|---|
| **Name:** | Dennis Peter Hughes Jr | **Business Unit:** | STDBU |
| **Employee ID:** | BI8187 | **Pay Group:** | Auto Co-Group 2 |
| **Address:** | 3940 Lake Pass Lane | **Department:** | 127023 - Mailroom |
| | Suwanee, GA 30024 | **Location:** | Atlanta Operations Center |
| | | **Job Title:** | Service Tech II |
| | | **Pay Rate:** | $36,170.82   Annual |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **GA Marital Status:** | Single allowance |
| **Fed Allowances:** | 3 | **GA Allowances:** | 0 |
| **Fed Addl Amount:** | $0.00 | **GA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 1,391.18 | 1,317.38 | 209.45 | 73.80 | 1,107. |

| Earnings | | | | Taxes | |
|---|---|---|---|---|---|
| **Description** | **Hours** | **Amount** | | **Description** | **Amou** |
| Reg Hours* | 77.50 | 1,391.18 | | Fed Withholdng | 36. |
| | | | | Fed MED/EE | 20. |
| | | | | Fed OASDI/EE | 86. |
| | | | | GA Withholdng | 66. |
| * Hours Worked | | | | | |
| Total: | 77.50* | 1,391.18 | | Total: | 209. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |
| 401(k) | 72.00 | | | | |
| SpsAD/D-BT | 1.80 | | | | |

| Total: | 73.80 | Total: | | * Taxable Total: | |
|---|---|---|---|---|---|

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 20121598 | Checking | | 1,107. |

**Go To:**    Associate Home

Payroll and Compensation Home

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served all parties in the foregoing matter with

a copy of this foregoing ***STATEMENT CONCERNING PAYMENT ADVICES AND***

***SUBMISSION TO TRUSTEE OR CREDITOR OF TAX RETURNS***  by via E-Mail

thereon to:

Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA  30303


Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA  30303


This 21st day of January, 2011.

_____/S/_____
Richard K. Valldejuli, Jr.
Ga. State Bar #723225
Attorney for Debtors

R & R Law Group, LP
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957