```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE:                                    ) CHAPTER 13
                                          )
DENNIS PETER HUGHES, JR.                  )
HEATHER BIFFLE HUGHES,                    ) CASE NO. 11-50040-JRS
                                          )
    DEBTORS.                              )

## OBJECTION TO CONFIRMATION

COMES NOW ADAM M. GOODMAN, TRUSTEE herein, and objects to Confirmation of the Plan for the following reasons:

1. The Debtors have failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

2. The Debtor/wife has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case, in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

3. The Debtors have failed to provide the Trustee with a copy of the 2009 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

4. SunTrust (arrears) filed a secured and/or priority proof of claim; however, the Plan fails to provide treatment for said claim, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

5. Debtors propose to make monthly charitable contributions in the amount of $200.00. The Debtors should provide written evidence sufficient to establish a consistent pattern of contributing prior to the filing of the instant case. 11 U.S.C. Section 1325 (b)(2)(A).

6. In accordance with General Order No. 6-2006 and the annexed Statement of Rights and Responsibilities, the Debtors' attorney should timely provide proof of Debtor/husband's $7,333.33 monthly income from full-time employment to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7.  The Chapter 13 budget fails to include $163.00 monthly expenses for Debtor/wife's Thrift Savings Plan; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

8.  Debtors' Schedule I fails to accurately reflect Debtor/wife works for CDC, not CDC Federal Credit Union; thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed Plan, in violation of 11 U.S.C. Section 1325(a)(6).

9.  The Debtors' Chapter 13 Plan fails to provide for an increase in payments when direct payments at $163.00 per month for Debtor/wife's Thrift Savings Plan loan end; this may show lack of good faith or create a disposable income problem in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

10. The Chapter 13 plan proposes to pay $4,500.00 to the Debtors' attorney for payment of attorney fees. The Trustee is unable to determine whether this is an appropriate fee and would request that counsel present evidence regarding the reasonableness of the requested fee. See General Order No. 6-2006.

11. The Trustee objects to the indeterminate exemption claimed for Thrift Savings Plan. Debtors should amend to a certain sum.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtors' Plan, and to dismiss the case.

\_\_\_\_/s/_____
Mandy K. Campbell, Attorney
for Chapter 13 Trustee
GA Bar No. 142676

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

11-50040-JRS

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTORS:

    DENNIS PETER HUGHES, JR.
    HEATHER BIFFLE HUGHES
    3940 LAKE PASS LANE
    SUWANEE, GA 30024

ATTORNEY FOR DEBTORS:

    R & R LAW GROUP, LP
    72 SPRING STREET, SW
    ATLANTA, GA 30303

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 21st day of February 2011.

        /s/
_____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444