# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | | | |
|---|---|---|---|---|
| | | | **1. Pay Period End** 12/18/10 | |
| | | | **2. Pay Date** 12/23/10 | |

| 3. Name HUGHES HEATHER B | 4. Pay Plan/Grade/Step GS    13    02 | 5. Hourly/Daily Rate 42.33 | 6. Basic OT Rate 42.33 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| | | | | 74063.00    14287.00    88350.00 |

| 8. Soc Sec No ###-##-0475 | 9. Locality % 19.29 | 10. FLSA Category E | 11. SCD Leave 03/07/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/01/11 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay WACHOVIA BANK, N.A. | 15. Financial Institution - Allotment #1 CDC FEDERAL CREDIT UNION | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS:    3371.72 | 20. Military Deposit |
|---|---|---|---|
| FED M     0     0 GA Z     0     0 | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 3386.40 | 90571.00 | TSP DATA | 5% |
| TAXABLE WAGES | 3092.95 | 82945.75 | | |
| NONTAXABLE WAGES | 124.13 | 3226.45 | | |
| TAX DEFERRED WAGES | 169.32 | 4398.80 | | |
| DEDUCTIONS | 1295.91 | 34606.54 | | |
| AEIC | | | | |
| NET PAY | 2090.49 | 55964.46 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 100.00 | 2600.00 | FEGLI | R5 | 13.65 | 354.60 |
| FEGLI OPTNL | ABC | 12.78 | 332.04 | FEHB | 475 | 87.40 | 2272.40 |
| LTC EMP/SP | | 48.83 | 1210.96 | MEDICARE | | 47.31 | 1266.50 |
| OASDI | | 202.26 | 5415.36 | RETIRE, FERS | K | 27.09 | 703.78 |
| TAX, FEDERAL | | 381.89 | 10561.40 | TAX, STATE | GA | 168.65 | 4536.65 |
| TSP SAVINGS | | 169.32 | 4398.80 | DENTAL | | 27.83 | 722.99 |
| VISION | | 8.90 | 231.06 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.00 | 10.00 | 154.00 | | 148.00 | | 19.00 | |
| SICK | 48.00 | 4.00 | 100.00 | 12.00 | 136.00 | | 12.00 | |
| HOLIDAY | | | | | 64.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.83 | 177.43 | FEHB | 262.20 | 6817.20 |
| MEDICARE | 47.31 | 1266.50 | OASDI | 202.26 | 5415.36 |
| RETIRE, FERS | 396.21 | 9938.04 | TSP BASIC | 33.86 | 879.66 |
| TSP MATCHING | 135.46 | 3519.14 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $    87.40

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| **1. Pay Period End** 12/04/10 | | |
| **2. Pay Date** 12/10/10 | | |

| 3. Name HUGHES HEATHER B | 4. Pay Plan/Grade/Step GS 13 02 | 5. Hourly/Daily Rate 42.33 | 6. Basic OT Rate 42.33 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 74063.00   14287.00   88350.00 |
|---|---|---|---|---|
| 8. Soc Sec No ###-##-0475 | 9. Locality % 19.29 | 10. FLSA Category E | 11. SCD Leave 03/07/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/01/11 |

| 14. Financial Institution - Net Pay WACHOVIA BANK, N.A. | 15. Financial Institution - Allotment #1 CDC FEDERAL CREDIT UNION | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS:   3344.63 | 20. Military Deposit |
|---|---|---|---|
| FED M 0 0 | | | |
| GA Z 0 0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3386.40 | 87184.60 | TSP DATA                5% |
| TAXABLE WAGES | 3092.95 | 79852.80 | |
| NONTAXABLE WAGES | 124.13 | 3102.32 | |
| TAX DEFERRED WAGES | 169.32 | 4229.48 | |
| DEDUCTIONS | 1295.90 | 33310.63 | |
| AEIC | | | |
| NET PAY | 2090.50 | 53873.97 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 100.00 | 2500.00 | FEGLI | R5 | 13.65 | 340.95 |
| FEGLI OPTNL | ABC | 12.78 | 319.26 | FEHB | 475 | 87.40 | 2185.00 |
| LTC EMP/SP | | 48.83 | 1162.13 | MEDICARE | | 47.30 | 1219.19 |
| OASDI | | 202.26 | 5213.10 | RETIRE, FERS | K | 27.09 | 676.69 |
| TAX, FEDERAL | | 381.89 | 10179.51 | TAX, STATE | GA | 168.65 | 4368.00 |
| TSP SAVINGS | | 169.32 | 4229.48 | DENTAL | | 27.83 | 695.16 |
| VISION | | 8.90 | 222.16 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.00 | 6.00 | 144.00 | 12.00 | 148.00 | | 9.00 | |
| SICK | 48.00 | 4.00 | 96.00 | | 124.00 | | 20.00 | |
| HOLIDAY | | | | 8.00 | 64.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.83 | 170.60 | FEHB | 262.20 | 6555.00 |
| MEDICARE | 47.30 | 1219.19 | OASDI | 202.26 | 5213.10 |
| RETIRE, FERS | 396.21 | 9541.83 | TSP BASIC | 33.86 | 845.80 |
| TSP MATCHING | 135.46 | 3383.68 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE
SAVE MONEY ON HEALTH CARE & DAY CARE EXPENSES!  ENROLL IN FSAFEDS (FEDERAL FLEXIBLE
SPENDING ACCOUNT PROGRAM) DURING OPEN SEASON NOV 8 - DEC 13, 2010.  WATCH OUR VIDEOS &
ENROLL AT WWW.FSAFEDS.COM.  CURRENT PARTICIPANTS MUST RE-ENROLL TO CONTINUE SAVING MONEY!
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   87.40

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| **1. Pay Period End** | | 11/20/10 |
| **2. Pay Date** | | 11/26/10 |

| 3. Name HUGHES HEATHER B | 4. Pay Plan/Grade/Step GS 13 02 | 5. Hourly/Daily Rate 42.33 | 6. Basic OT Rate 42.33 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 74063.00   14287.00   88350.00 |
|---|---|---|---|---|
| 8. Soc Sec No ###-##-0475 | 9. Locality % 19.29 | 10. FLSA Category E | 11. SCD Leave 03/07/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/01/11 |

| 14. Financial Institution - Net Pay WACHOVIA BANK, N.A. | 15. Financial Institution - Allotment #1 CDC FEDERAL CREDIT UNION | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | | | | | | FERS:   3317.54 | |
| GA | Z | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 3386.40 | 83798.20 | TSP DATA | 5% | |
| TAXABLE WAGES | 3092.95 | 76759.85 | | | |
| NONTAXABLE WAGES | 124.13 | 2978.19 | | | |
| TAX DEFERRED WAGES | 169.32 | 4060.16 | | | |
| DEDUCTIONS | 1295.90 | 32014.73 | | | |
| AEIC | | | | | |
| NET PAY | 2090.50 | 51783.47 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 100.00 | 2400.00 | FEGLI | R5 | 13.65 | 327.30 |
| FEGLI OPTNL | ABC | 12.78 | 306.48 | FEHB | 475 | 87.40 | 2097.60 |
| LTC EMP/SP | | 48.83 | 1113.30 | MEDICARE | | 47.30 | 1171.89 |
| OASDI | | 202.26 | 5010.84 | RETIRE, FERS | K | 27.09 | 649.60 |
| TAX, FEDERAL | | 381.89 | 9797.62 | TAX, STATE | GA | 168.65 | 4199.35 |
| TSP SAVINGS | | 169.32 | 4060.16 | DENTAL | | 27.83 | 667.33 |
| VISION | | 8.90 | 213.26 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.00 | 6.00 | 138.00 | 32.00 | 136.00 | | 15.00 | |
| SICK | 48.00 | 4.00 | 92.00 | | 124.00 | | 16.00 | |
| HOLIDAY | | | | 8.00 | 56.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.83 | 163.77 | FEHB | 262.20 | 6292.80 |
| MEDICARE | 47.30 | 1171.89 | OASDI | 202.26 | 5010.84 |
| RETIRE, FERS | 396.21 | 9145.62 | TSP BASIC | 33.86 | 811.94 |
| TSP MATCHING | 135.46 | 3248.22 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
SAVE MONEY ON HEALTH CARE & DAY CARE EXPENSES!  ENROLL IN FSAFEDS (FEDERAL FLEXIBLE
SPENDING ACCOUNT PROGRAM) DURING OPEN SEASON NOV 8 - DEC 13, 2010.  WATCH OUR VIDEOS &
ENROLL AT WWW.FSAFEDS.COM.  CURRENT PARTICIPANTS MUST RE-ENROLL TO CONTINUE SAVING MONEY!
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   87.40

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | | |
|---|---|---|---|
| | | | **1. Pay Period End** 11/06/10 |
| | | | **2. Pay Date** 11/12/10 |

| 3. Name HUGHES HEATHER B | 4. Pay Plan/Grade/Step GS  13  02 | 5. Hourly/Daily Rate 42.33 | 6. Basic OT Rate 42.33 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 74063.00    14287.00         88350.00 |
|---|---|---|---|---|
| 8. Soc Sec No ###-##-0475 | 9. Locality % 19.29 | 10. FLSA Category E | 11. SCD Leave 03/07/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/01/11 |

| 14. Financial Institution - Net Pay WACHOVIA BANK, N.A. | 15. Financial Institution - Allotment #1 CDC FEDERAL CREDIT UNION | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | | | | | | FERS:   3290.45 | |
| GA | Z | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 3386.40 | 80411.80 | TSP DATA | | 5% |
| TAXABLE WAGES | 3092.95 | 73666.90 | | | |
| NONTAXABLE WAGES | 124.13 | 2854.06 | | | |
| TAX DEFERRED WAGES | 169.32 | 3890.84 | | | |
| DEDUCTIONS | 1295.91 | 30718.83 | | | |
| AEIC | | | | | |
| NET PAY | 2090.49 | 49692.97 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3386.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 100.00 | 2300.00 | FEGLI | RS | 13.65 | 313.65 |
| FEGLI OPTNL | ABC | 12.78 | 293.70 | FEHB | 475 | 87.40 | 2010.20 |
| LTC EMP/SP | | 48.83 | 1064.47 | MEDICARE | | 47.31 | 1124.59 |
| OASDI | | 202.26 | 4808.58 | RETIRE, FERS | K | 27.09 | 622.51 |
| TAX, FEDERAL | | 381.89 | 9415.73 | TAX, STATE | GA | 168.65 | 4030.70 |
| TSP SAVINGS | | 169.32 | 3890.84 | DENTAL | | 27.83 | 639.50 |
| VISION | | 8.90 | 204.36 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.00 | 6.00 | 132.00 | | 104.00 | | 41.00 | |
| SICK | 48.00 | 4.00 | 88.00 | | 124.00 | | 12.00 | |
| HOLIDAY | | | | | 48.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.83 | 156.94 | FEHB | 262.20 | 6030.60 |
| MEDICARE | 47.31 | 1124.59 | OASDI | 202.26 | 4808.58 |
| RETIRE, FERS | 396.21 | 8749.41 | TSP BASIC | 33.86 | 778.08 |
| TSP MATCHING | 135.46 | 3112.76 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381500 - DEPARTMENT OF HEALTH AND HUMAN SERVICES.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   87.40

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**