UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| DENNIS PETER HUGHES, JR., | ) |
| | ) CASE NO. 11-50040-JRS |
| and | ) |
| | ) |
| HEATHER BIFFLE HUGHES, | ) |
| | ) |
| Debtors. | ) |

### AMENDMENT TO CHAPTER 13 SCHEDULES

**COME NOW,** the Debtors herein, and amends their Chapter 13 Schedules as follows

1.

**SCHEDULE I:** Schedule I is amended to show Debtor Wife's Employer.

Attached as an addendum hereto and made a part of this amendment is the amended Schedule J and Summary of Schedules.

**WHEREFORE**, Debtor prays that this amendment be accepted.

This 22nd day of March, 2011.

          ___/S/_____
          Michael R. Rethinger
          Georgia Bar Number 301215
          Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

B6I (Official Form 6I) (12/07)

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**  Case **11-50040-JRS**
Debtor (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **son** | AGE(S): **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Service Tech II** | **Quality Assurance Manager** |
| Name of Employer | **State Farm Mutual Auto Ins Co** | **CDC** |
| How long employed | **12.5 years** | **7 years** |
| Address of Employer | **One State Farm Plaza** | **1600 Clifton Road, NE** |
| | **Bloomington, IL 61710** | **Atlanta, GA 30329** |

INCOME: (Estimate of average or projected monthly income at time case filed)  DEBTOR  SPOUSE

1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.)  $ **3,166.66**  $ **7,333.33**
2. Estimated monthly overtime  $ **0.00**  $ **0.00**
3. SUBTOTAL  $ **3,166.66**  $ **7,333.33**

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security  $ **453.83**  $ **1,733.55**
   b. Insurance  $ **12.13**  $ **432.01**
   c. Union Dues  $ **0.00**  $ **0.00**
   d. Other (Specify: **(D)401k  (S)TSP 366.86 / Retirement 58.70**)  $ **156.00**  $ **425.56**

5. SUBTOTAL OF PAYROLL DEDUCTIONS  $ **621.96**  $ **2,591.12**

6. TOTAL NET MONTHLY TAKE HOME PAY  $ **2,544.70**  $ **4,742.21**

7. Regular income from operation of business or profession or farm (Attach detailed statement)  $ **0.00**  $ **0.00**
8. Income from real property  $ **0.00**  $ **0.00**
9. Interest and dividends  $ **0.00**  $ **0.00**
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.  $ **0.00**  $ **0.00**
11. Social security or other government assistance (Specify) _____  $ **0.00**  $ **0.00**
12. Pension or retirement income  $ **0.00**  $ **0.00**
13. Other monthly income _____ (Specify) _____  $ **0.00**  $ **0.00**
    $ **0.00**  $ **0.00**

14. SUBTOTAL OF LINES 7 THROUGH 13  $ **0.00**  $ **0.00**

15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14)  $ **2,544.70**  $ **4,742.21**

16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15)  $ **7,286.91**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **None**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
Northern District of Georgia - Atlanta Division

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**  
Debtor

Case No. __11-50040-JRS__

Chapter __13__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 171,500.00 | | |
| B – Personal Property | YES | 3 | $ 84,300.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 262,145.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 67,884.74 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,286.91 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5,286.91 |
| TOTAL | | 15 | $ 255,800.00 | $ 330,030.52 | |

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
Northern District of Georgia - Atlanta Division

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**       Case No. **11-50040-JRS**
Debtor

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,286.91 |
| Average Expenses (from Schedule J, Line 18) | $ 5,286.91 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 10,499.99 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 71,202.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 67,884.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 139,086.89 |

In re __Dennis Peter Hughes, Jr & Heather Biffle Hughes__                    Case No. __11-50040-JRS__
                                    Debtor                                                   (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __3.22.2011__    Signature: __/s/ Dennis Peter Hughes, Jr__
                                                                                           Debtor

Date __3.22.2011__    Signature: __/s/ Heather Biffle Hughes__
                                                               (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                        _____
Printed or Typed Name and Title, if any,                                              Social Security No.
of Bankruptcy Petition Preparer                                                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                      _____
    Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____

                                                                                                    _____
                                                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the ***Debtor's Amendment to Chapter 13 Schedules*** was served on Adam M. Goodman, Standing Chapter 13 Trustee, via the ECF electronic mail/noticing system, by agreement of the parties

This 22nd day of March, 2011.

_____/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com