**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CHAPTER 13** |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | **CASE NO. 11-50040-JRS** |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Debtors. ) | |

**AMENDMENT TO CHAPTER 13 SCHEDULES**

**COME NOW,** the Debtors herein, and amends their Chapter 13 Schedules as follows

1.

**SCHEDULE B:** Schedule B is amended to show the Debtor Wife's TSP amount.

2.

**SCHEDULE C:** Schedule C is amended to exempt the Debtor Wife's TSP.

3.

**SCHEDULE I:** Schedule I is amended to show Debtor Wife's TSP Loan.

4.

**SCHEDULE J:** Schedule J is amended to show Debtors' household expenses.

Attached as an addendum hereto and made a part of this amendment are the amended Schedules B, C, I, J and Summary of Schedules.

**WHEREFORE**, Debtor prays that this amendment be accepted.

This 23rd day of March, 2011.

   /S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**          Case No. **11-50040-JRS**
                                    Debtor                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** <br> **Wells Fargo** <br><br> **Savings Account** <br> **Savings Account** <br> **CDC Federal Credit Union** | J <br><br><br> J <br> J | 100.00 <br><br><br> 100.00 <br> 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings (no item exceeding $300.00 value)** | J | 2,500.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**    Case No. **11-50040-JRS**
Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TSP** <br> **401k** <br> **State Farm** <br><br> **Federal Retirement** <br> **CDC** <br><br> **401k** <br> **Great West** <br><br> **401k** | W <br> H <br><br><br> W <br><br><br> W <br><br> W | 25,000.00 <br> 50,000.00 <br><br><br> 1,000.00 <br><br><br> 6,500.00 <br><br> 1,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**　　　　Case No. **11-50040-JRS**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Honda Element**<br>**2000 Honda Accord** | **W**<br>**W** | **20,000.00**<br>**1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　__0__ continuation sheets attached　　Total　$　**109,300.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**          Case No. **11-50040-JRS**
      **Debtor**                                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Residence located at: 3940 Lake Pass Lane, Suwanee, Georgia** | (Husb)OCGA § 44-13-100(a)(1)<br>(Wife)OCGA § 44-13-100(a)(1) | **5,000.00**<br>**5,000.00** | **171,500.00** |
| **2010 Honda Element** | (Wife)OCGA § 44-13-100(a)(3) | **556.37** | **20,000.00** |
| **2000 Honda Accord** | (Wife)OCGA § 44-13-100(a)(3) | **1,500.00** | **1,500.00** |
| **Checking Account** | (Husb)OCGA § 44-13-100(a)(6) | **100.00** | **100.00** |
| **Savings Account** | (Husb)OCGA § 44-13-100(a)(6) | **100.00** | **100.00** |
| **Savings Account** | (Husb)OCGA § 44-13-100(a)(6) | **100.00** | **100.00** |
| **Household goods and furnishings (no item exceeding $300.00 value)** | (Husb)OCGA § 44-13-100(a)(4) | **2,500.00** | **2,500.00** |
| **Misc. Clothing** | (Husb)OCGA § 44-13-100(a)(4) | **1,000.00** | **1,000.00** |
| **Misc. Jewelry** | (Husb)OCGA § 44-13-100(a)(5) | **500.00** | **500.00** |
| **TSP** | (Wife)O.C.G.A. 44-13-100 (a)(2.1)((A) | **25,000.00** | **25,000.00** |
| **401k** | (Husb)O.C.G.A. 44-13-100 (a)(2.1)((A) | **50,000.00** | **50,000.00** |
| **Federal Retirement** | (Wife)O.C.G.A. 44-13-100 (a)(2.1)((A) | **1,000.00** | **1,000.00** |
| **401k** | (Wife)O.C.G.A. 44-13-100 (a)(2.1)((A) | **6,500.00** | **6,500.00** |
| **401k** | (Wife)O.C.G.A. 44-13-100 (a)(2.1)((A) | **1,000.00** | **1,000.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6I (Official Form 6I) (12/07)

In re: **Dennis Peter Hughes, Jr & Heather Biffle Hughes**, Debtor
Case: **11-50040-JRS** (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **son** | AGE(S): **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Service Tech II | Quality Assurance Manager |
| Name of Employer | State Farm Mutual Auto Ins Co | CDC |
| How long employed | 12.5 years | 7 years |
| Address of Employer | One State Farm Plaza, Bloomington, IL 61710 | 1600 Clifton Road, NE, Atlanta, GA 30329 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,166.66 | $ 7,333.33 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,166.66 | $ 7,333.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 453.83 | $ 1,733.55 |
| b. Insurance | $ 12.13 | $ 432.01 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: **(D)401k   (S)TSP 366.86 / Retirement 58.70 / TSP Loan 355**) | $ 156.00 | $ 780.56 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 621.96 | $ 2,946.12 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,544.70 | $ 4,387.21 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,544.70 | $ 4,387.21 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 6,931.91 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**None**

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**        Case No. **11-50040-JRS**
       Debtor                                                                 (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                                $ **1,016.33**
    a. Are real estate taxes included?      Yes __√__  No _____
    b. Is property insurance included?      Yes __√__  No _____
2. Utilities:  a. Electricity and heating fuel                                                                                              $ **400.00**
           b. Water and sewer        $ **75.00**
           c. Telephone      $ **50.00**
           d. Other **cell trash cable**      $ **200.00**
3. Home maintenance (repairs and upkeep)      $ **100.00**
4. Food      $ **504.79**
5. Clothing      $ **150.00**
6. Laundry and dry cleaning      $ **50.00**
7. Medical and dental expenses      $ **150.00**
8. Transportation (not including car payments)      $ **530.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.      $ **0.00**
10. Charitable contributions      $ **200.00**
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's      $ **0.00**
    b. Life      $ **0.00**
    c. Health      $ **0.00**
    d. Auto      $ **106.04**
    e. Other      $ **0.00**
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) **education IRA**      $ **50.00**
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto      $ **90.00**
    b. Other **2nd DSD**      $ **269.50**
    c. Other **HOA**      $ **139.00**
14. Alimony, maintenance, and support paid to others      $ **0.00**
15. Payments for support of additional dependents not living at your home      $ **0.00**
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)      $ **0.00**
17. Other **preschool**      $ **851.25**
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,      $ **4,931.91**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None**

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I **(Includes spouse income of $4,387.21. See Schedule I)**      $ **6,931.91**
    b. Average monthly expenses from Line 18 above      $ **4,931.91**
    c. Monthly net income (a. minus b.)    **(Net includes Debtor/Spouse combined Amounts)**      $ **2,000.00**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
Northern District of Georgia - Atlanta Division

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**  
Debtor

Case No. **11-50040-JRS**

Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 171,500.00 | | |
| B – Personal Property | YES | 3 | $ 109,300.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 262,145.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 67,884.74 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,931.91 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,931.91 |
| TOTAL | | 15 | $ 280,800.00 | $ 330,030.52 | |

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

| | | | |
|---|---|---|---|
| In re | **Dennis Peter Hughes, Jr & Heather Biffle Hughes** | Case No. | **11-50040-JRS** |
| | Debtor | | |
| | | Chapter | **13** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,931.91 |
| Average Expenses (from Schedule J, Line 18) | $ 4,931.91 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 10,499.99 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 71,202.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 67,884.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 139,086.89 |

In re **Dennis Peter Hughes, Jr & Heather Biffle Hughes**
_____,
Debtor

Case No. **11-50040-JRS**
_____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**17**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3.23.2011**        Signature: **/s/ Dennis Peter Hughes, Jr**
                                        Debtor

Date **3.23.2011**        Signature: **/s/ Heather Biffle Hughes**
                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,         Social Security No.
of Bankruptcy Petition Preparer                  (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                             _____
                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the ***Debtors' Amendment to Chapter 13 Schedules*** was served on Adam M. Goodman, Standing Chapter 13 Trustee, via the ECF electronic mail/noticing system, by agreement of the parties

This 23rd day of March, 2011.

_____/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com