# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

In re  HEATHER BIFFLE HUGHES                                    Case No. 11-50040-JRS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby
gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security,
of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Chase Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should
be sent:

    eCAST Settlement Corporation
    POB 29262
    New York, NY 10087-9262

Court Claim # (if known):   6

Amount of Claim:   $4,658.36

Date Claim Filed:   02/17/2011

Phone: 610-644-7800

Phone: 800-349-1467

Last Four Digits of Acct #:   4900

Last Four Digits of Acct #:   4900

Last Four of Alternate Acct #:

Last Four of Alternate Acct #:

Name and Address where transferee payments should
be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of
my knowledge and belief.

By:   /s/ ALANE A. BECKET                              Date:   03/22/2011

    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

CBO14703

