**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

IN THE MATTER OF
**Dennis Peter Hughes Jr**

**Heather Biffle Hughes**
          Debtor(s),

CASE NUMBER.: **11−50040−jrs**
CHAPTER: **13**
JUDGE: **James R. Sacca**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Chase Bank USA, N.A., PROPOSED TRANSFEROR and

eCAST Settlement Corporation PROPOSED TRANSFEREE

    Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

    Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

    Dated this March 28, 2011

_M. Regina Thomas_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

```
                             United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                  Case No. 11-50040-jrs
Dennis Peter Hughes                                                     Chapter 13
Heather Biffle Hughes
          Debtors                     CERTIFICATE OF NOTICE
District/off: 113E-9          User: gbh                   Page 1 of 1                   Date Rcvd: Mar 28, 2011
                              Form ID: 428                Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db/jtdb      +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,   3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty          +Michael R. Rethinger,   R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty          +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
               Atlanta, GA 30324-4342
14112501      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14269060      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bnc@13trusteeatlanta.com Mar 28 2011 21:37:43     Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                                  Signature:  _Joseph Speetjens_