# Sallie Mae, Inc.

220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA  18706

May 24, 2011

RE: Case No:    11-50040-JRS
Name:  DENNIS L HUGHES JR

To Whom It May Concern:

Please withdraw proof of claim #12 dated 04/19/11 for $62349.22 filed by Sallie Mae Inc. for the chapter 13 bankruptcy case listed above.

Proof of Claim filed in error.

Any questions concerning this matter please call (570)821-3600 ext 3413

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst