**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **DENNIS PETER HUGHES, JR.,** | ) | |
| | ) | **CASE NO: A11-50040-JRS** |
| and | ) | |
| | ) | |
| **HEATHER BIFFLE HUGHES,** | ) | |
| | ) | |
| Debtors, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **DENNIS PETER HUGHES, JR.,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **HEATHER BIFFLE HUGHES,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | **CONTESTED MATTER** |
| | ) | |
| **SUNTRUST MORTGAGE, INC,** | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING ON OBJECTION TO CLAIM OF**
**THE SUNTRUST MORTGAGE INC., (CLAIM NUMBER 3-1)**

**PLEASE TAKE NOTICE** that Dennis and Heather Hughes have filed an Objection to the above referenced claim seeking an order disallowing said claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Proof of Claim of the Internal Revenue Service in **Courtroom 1404, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at 2:00 pm on June 30 2011.**

Your rights may be affected. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by

the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

      This 24th day of May, 2011.

                                            ___/S/_____
                                            Michael R. Rethinger
                                            Georgia Bar Number 301215
                                            Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | CASE NO: A11-50040-JRS |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Debtors, ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | **CONTESTED MATTER** |
| ) | |
| **SUNTRUST MORTGAGE, INC,** ) | |
| ) | |
| Respondent. ) | |

**OBJECTION TO PROOF OF CLAIM FILED BY SUNTRUST MORTGAGE, INC**
**(CLAIM NUMBER 3-1)**

**COME NOW**, the above-referenced Debtors, and file this objection to Proof of Claim filed by SunTrust Mortgage, Inc. (hereinafter "Claim"), and in support herein show the following:

1.

Debtors filed for relief under Chapter 13 on January 1, 2011.

2.

The Claim was filed January 28, 2011 (Claim Docket No. 3-1) in the amount of $156,824.16.

3.

The Claim seeks arrears for the sum of $418.62, while the Debtors contend that at the time of filing they were current on their mortgage payments.

4.

Debtors' Chapter 13 Plan reflects no anticipated arrears to mortgage lender.

**WHEREFORE**, based on the foregoing, the Claim should be disallowed as to any arrears owed to the Respondent.

This 24th day of May, 2011.

                                                          ___/S/_____
                                                          Michael R. Rethinger
                                                          Georgia Bar Number 301215
                                                          Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Objection to Proof of Claim filed by SunTrust Mortgage, Inc. and Notice of Hearing*** by depositing in the United States Mail, a copy of same upon:

SunTrust Mortgage Inc.
Attn: Shelia Cheatham, Bankruptcy Support
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261

This is to certify that I have this day served Adam M. Goodman, Standing Chapter 13 Trustee, with a copy of the ***Debtors' Objection to Proof of Claim filed by SunTrust Mortgage, Inc. and Notice of Hearing,*** via the ECF electronic mail/noticing system.

This 25th day of May, 2011.

___/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com