UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **DENNIS PETER HUGHES JR. &** ) | |
| **HEATHER BIFFLE HUGHES,** ) | CASE NO: A11-50040-JRS |
| Debtors, ) | |
| ) | |

### CERTIFICATION REGARDING REVIEW OF PROOF OF CLAIMS

**COME NOW,** the undersigned counsel for the Debtors' in the above-styled Chapter 13 case, and files this "Certification Regarding Review of Proof of Claim" and shows this Honorable Court the following:

1.

The above-referenced Debtors' filed for Chapter 13 relief on January 2nd 2011.

2.

The deadline for filing Proofs of Claim for creditors other than governmental units was May 16th 2011. The deadline for filing Proofs of Claim for governmental units is July 1st 2011.

3.

The undersigned counsel hereby certifies that the following tasks have been performed on behalf of the Debtors in this case.

(A) Reviewed all filed Proof of Claims to determine the validity and to ensure proper treatment by the Chapter 13 Trustee.

(B) Debtors' reserve the right to object to any of said claims during the pending case herein.

(C) It was not necessary to object to any claims.

(D) It was not necessary to file any proof of claims

(E) It was not necessary to file any Motion to Avoid Liens.

Pursuant to **General Order Number 6-2006**, Debtors counsel has satisfied this requirement.

This 2nd day of June, 2011.

_____/S/_____
Michael R. Rethinger
Ga. State Bar # 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, Georgia 30303
(770)922-0066
mike@randrlawgroup.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in the foregoing matter with a copy of this foregoing ***CERTIFICATION OF CLAIMS REVIEW PURSUANT TO RIGHTS AND RESPONSIBILITIES STATEMENT BETWEEN CHAPTER 13 DEBTORS AND ATTORNEYS*** by depositing via ECF Transmission thereon to:

Adam M. Goodman, Esq.
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta,. GA 30303

This 2nd day of June, 2011.

_____/S/_____
Michael R. Rethinger
Ga. State Bar # 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, Georgia 30303
(770)922-0066
mike@randrlawgroup.com