# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | CASE NO: A11-50040-JRS |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Debtors, ) | |

## CONFIRMATION NOTICE

Please be advised that the attorney for the Debtors did provide to the Chapter 13 Trustee all documents necessary for confirmation and that the Debtors' Fourth Amended Plan is ready for confirmation once the Court enters an Order on the Debtors' Objection to Proof of Claim Number 3-1.  The Debtors respectfully request that the Court confirm the Debtors' Fourth Amended Plan.

Dated: July 20, 2011                                      _____/S/_____
                                                                          Michael R. Rethinger
                                                                          Georgia Bar Number 301215
                                                                          Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Adam M. Goodman, Standing Chapter 13 Trustee via the ECF electronic mail/noticing system.

Dated: July 20, 2011                                      _____/S/_____
                                                                          Michael R. Rethinger
                                                                          Attorney for Debtors