**IT IS ORDERED as set forth below:**

**Date: July 25, 2011**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| DENNIS PETER HUGHES, JR., ) | |
| ) | **CASE NO: A11-50040-JRS** |
| and ) | |
| ) | |
| HEATHER BIFFLE HUGHES, ) | |
| ) | |
| Debtors, ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -)- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| DENNIS PETER HUGHES, JR., ) | |
| ) | |
| and ) | |
| ) | |
| HEATHER BIFFLE HUGHES, ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | **CONTESTED MATTER** |
| ) | |
| SUNTRUST MORTGAGE, INC, ) | |
| ) | |
| Respondent. ) | |

## ORDER ON OBJECTION TO PROOF OF CLAIM OF SUNTRUST MORTGAGE, INC
## (CLAIM NUMBER 3-1)

This matter is before the Court via Debtors' "Objection to Proof of Claim of SunTrust Mortgage, Inc.  (Claim Number 3-1)" ("the Objection"), which was filed in the above-styled Chapter 13 case on May 24, 2011.  The Objection alleged that Respondent's Claim seeks arrears for the sum of $418.62, while the Debtors contend that at the time of filing they were current on their mortgage payments.  Upon notice a hearing was held on June 30, 2011, at 2:00 p.m.  At the hearing appearances were made by counsel for Debtor and counsel for the Chapter 13 Trustee.  No appearances were made by any other party-in-interest and no responses were timely filed.  After review of the record and the pleadings in this case and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtors' Objection to Proof of Claim of SunTrust Mortgage, Inc. (Claim Number 3-1) is **GRANTED**.  The portion of the Claim filed by SunTrust Mortgage alleging an arrearage of $418.62 shall be disallowed as the escrow shortage was paid by the Debtors pre-petition.

### END OF DOCUMENT

Prepared by:                                     No Opposition:


____/s/_____          _/s/_ *signed with express permission by MRR*
Michael R. Rethinger                        Adam M. Goodman
Georgia Bar Number 301215              Georgia Bar Number 300887
Attorney for Debtor                           Chapter 13 Trustee
72 Spring Street, SW                         260 Peachtree Street, Suite 200
Atlanta, GA  30303                            Atlanta, GA 30303

**DISTRIBUTION LIST**

Dennis and Heather Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA  30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

SunTrust Mortgage Inc.
Attn: Shelia Cheatham, Bankruptcy Support
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261