**IT IS ORDERED as set forth below:**

Date: July 25, 2011

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| DENNIS PETER HUGHES, JR., | ) | |
| | ) | CASE NO: A11-50040-JRS |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Debtors, | ) | |
| -------------------------------- | )-- | ------------------------------------ |
| DENNIS PETER HUGHES, JR., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| SUNTRUST MORTGAGE, INC, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON OBJECTION TO PROOF OF CLAIM OF SUNTRUST MORTGAGE, INC**
**(CLAIM NUMBER 3-1)**

This matter is before the Court via Debtors' "Objection to Proof of Claim of SunTrust Mortgage, Inc. (Claim Number 3-1)" ("the Objection"), which was filed in the above-styled Chapter 13 case on May 24, 2011. The Objection alleged that Respondent's Claim seeks arrears for the sum of $418.62, while the Debtors contend that at the time of filing they were current on their mortgage payments. Upon notice a hearing was held on June 30, 2011, at 2:00 p.m. At the hearing appearances were made by counsel for Debtor and counsel for the Chapter 13 Trustee. No appearances were made by any other party-in-interest and no responses were timely filed. After review of the record and the pleadings in this case and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtors' Objection to Proof of Claim of SunTrust Mortgage, Inc. (Claim Number 3-1) is **GRANTED**. The portion of the Claim filed by SunTrust Mortgage alleging an arrearage of $418.62 shall be disallowed as the escrow shortage was paid by the Debtors pre-petition.

**END OF DOCUMENT**

Prepared by:                                                    No Opposition:

____/s/_____            _/s/_ _signed with express permission by MRR_
Michael R. Rethinger                                    Adam M. Goodman
Georgia Bar Number 301215                       Georgia Bar Number 300887
Attorney for Debtor                                       Chapter 13 Trustee
72 Spring Street, SW                                    260 Peachtree Street, Suite 200
Atlanta, GA  30303                                       Atlanta, GA 30303

# DISTRIBUTION LIST

Dennis and Heather Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA  30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

SunTrust Mortgage Inc.
Attn: Shelia Cheatham, Bankruptcy Support
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 11-50040-jrs
Dennis Peter Hughes                                                   Chapter 13
Heather Biffle Hughes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9           User: pricev              Page 1 of 1              Date Rcvd: Jul 25, 2011
                               Form ID: pdf554           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2011.
db/jtdb      +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,   3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty          +Michael R. Rethinger,   R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty          +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
               Atlanta, GA 30324-4342
14029640     +SUNTRUST MORTGAGE INC,   BANKRUPTCY DEPARTMENT RVW 3034,   P.O BOX 27767,
               RICHMOND VA 23261-7767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: bnc@13trusteeatlanta.com Jul 25 2011 21:33:38     Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2011**                      Signature:    _Joseph Speetjens_