UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Atlanta Division

In Re: Debtor(s)
**Dennis Peter Hughes Jr**
3940 Lake Pass Lane
Suwanee, GA 30024

xxx–xx–3472

**Heather Biffle Hughes**
3940 Lake Pass Lane
Suwanee, GA 30024

xxx–xx–0475

Case No.: **11–50040–jrs**
Chapter: **13**
Judge: **James R. Sacca**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

_____
James R. Sacca
United States Bankruptcy Judge

Dated:   July 29, 2011

Form 133

United States Bankruptcy Court
Northern District of Georgia

In re:  
Dennis Peter Hughes  
Heather Biffle Hughes  
    Debtors

Case No. 11-50040-jrs  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: glasperel     Page 1 of 2     Date Rcvd: Jul 29, 2011  
                   Form ID: 133       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2011.

```
db/jtdb     +Dennis Peter Hughes, Jr,    Heather Biffle Hughes,    3940 Lake Pass Lane,    Suwanee, GA 30024-1881
aty         +Michael R. Rethinger,    R and R Law Group, LP,    72 Spring Street, SW,    Atlanta, GA 30303-3317
aty         +Richard K. Valldejuli,    R&R Law Group, LP,    Suite A,    2199 Lenox Road, NE,
              Atlanta, GA 30324-4342
14391627     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13947406    +American Express Centurion Bank,    Po Box 36002,    Ft Lauderdale, Fl 33336-0001
13947408    +Bank Of America,    Po Box 851001,    Dallas, Tx 75285-1001
13947409    +Chase Bank,    Po Box 15153,    Wilmington, De 19886-5153
14112501     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14117704    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13947410    +Citi Card,    Processing Center,    Des Moines, Ia 50363-0001
14278967     FIA Card Services aka Bank of America,    c o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
14046471    +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
              1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
13947411    +Fia Card Services,    Po Box 851001,    Dallas, Tx 75285-1001
14029640    +SUNTRUST MORTGAGE INC,    BANKRUPTCY DEPARTMENT RVW 3034,    P.O BOX 27767,
              RICHMOND VA 23261-7767
13947415    +Suntrust Mortgage Inc,    Po Box 79041,    Baltimore, Md 21279-0041
13947416    +The Cove At Suawanee Station,    Heritage Property Management Serv,    500 Sugar Mill Rd,
              Bldg B #200,    Atlanta, Ga 30350-2865
13947417    +Zwicker & Associates, Pc,    Three Oaks Office Park,    965 Oakland Road, Ste 3d,
              Lawrenceville, Ga 30044-3758
14269060     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
14360519     eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +E-mail/Text: bnc@13trusteeatlanta.com Jul 29 2011 21:19:04     Adam M. Goodman,
              Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
cr          +E-mail/PDF: pa_dc_claims@salliemae.com Jul 30 2011 02:11:50     Sallie Mae, Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
13984597     E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 29 2011 21:18:36
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
13947407     E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 29 2011 21:18:36     American Honda Finance,
              Po Box 105027,    Atlanta, Ga 30348
13947412    +E-mail/PDF: TCEB@GWINNETTCOUNTY.COM Jul 30 2011 02:09:12     Gwinnett County Tax Commiss.,
              Gwinnett County Justice And,    Administration Bldg.,    75 Langley Drive,
              Lawrenceville, Ga 30046-6935
14659896     E-mail/PDF: TCEB@GWINNETTCOUNTY.COM Jul 30 2011 02:09:12     Gwinnett County Tax Commissioner,
              Department of Property Tax,    P.O. Box 372,    Lawrenceville, GA 30046-0372
13947413    +E-mail/PDF: cr-bankruptcy@kohls.com Jul 30 2011 01:59:50     Kohl's,    Po Box 2983,
              Milwaukee, Wi 53201-2983
13947414    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 30 2011 02:11:53     Sallie Mae,    Po Box 9500,
              Wilkes-barre, Pa 18773-9500
14041931     E-mail/PDF: pa_dc_litigation@salliemae.com Jul 30 2011 02:11:50
              Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14269061*     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
14269062*     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113E-9           User: glasperel              Page 2 of 2              Date Rcvd: Jul 29, 2011
                               Form ID: 133                 Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2011**                    Signature:    _Joseph Speetjens_