UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
**Dennis Peter Hughes Jr**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−3472**

**Heather Biffle Hughes**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−0475**

Case No.: **11−50040−jrs**
Chapter:  **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

July 29, 2011
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

```
                        United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                         Case No. 11-50040-jrs
Dennis Peter Hughes                                            Chapter 13
Heather Biffle Hughes
        Debtors              CERTIFICATE OF NOTICE
District/off: 113E-9         User: glasperel              Page 1 of 1              Date Rcvd: Jul 29, 2011
                             Form ID: 427                 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2011.
db/jtdb       +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,    3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty           +Michael R. Rethinger,   R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty           +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
                Atlanta, GA 30324-4342
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2011**                    Signature:  _Joseph Speetjens_