**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | **CASE NO: A11-50040-JRS** |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Debtors, ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **DENNIS PETER HUGHES, JR.,** ) | |
| ) | |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | **CONTESTED MATTER** |
| ) | |
| **GWINNETT COUNTY TAX** ) | |
| **COMMISSIONER,** ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF ASSIGNMENT OF HEARING ON OBJECTION TO CLAIM OF GWINNETT COUNTY TAX COMMISSIONER (CLAIM NUMBER 14-1)**

PLEASE TAKE NOTICE that **Dennis and Heather Hughes** have filed an Objection to the above referenced claim seeking an order disallowing said claim.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Objection to Proof of Claim of Fulton County Tax Commissioner in **Courtroom 1404, United States Courthouse, 75 Spring St., Atlanta, Georgia, at 2:00 pm on October 6, 2011.**

Your rights may be affected. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a

written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Clerk's Office Room 120, 121 Spring Street, S.E., Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 29th day of August, 2011.

___/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **CHAPTER 13** |
| **DENNIS PETER HUGHES, JR.,** | ) |
| | ) **CASE NO: A11-50040-JRS** |
| and | ) |
| | ) |
| **HEATHER BIFFLE HUGHES,** | ) |
| | ) |
| Debtors, | ) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **DENNIS PETER HUGHES, JR.,** | ) |
| | ) |
| and | ) |
| | ) |
| **HEATHER BIFFLE HUGHES,** | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) **CONTESTED MATTER** |
| | ) |
| **GWINNETT COUNTY TAX COMMISSIONER,** | ) |
| | ) |
| Respondent. | ) |

## OBJECTION TO CLAIM OF GWINNETT COUNTY TAX COMMISSIONER
## (CLAIM NUMBER 14-1)

**COME NOW**, the above-referenced Debtors, and file this objection to Proof of Claim filed by the Gwinnett County Tax Commissioner (hereinafter "Claim"), and in support herein show the following:

1.

Debtors filed for relief under Chapter 13 on January 2, 2011.

2.

The Claim was filed July 1, 2011 (Claim Docket No. 14-1) in the sum of $2,467.22 and seeks priority status for taxes related to the property 3940 Lake Pass Lane, Suwanee, GA 30024 (hereafter "the property").

3.

The claim is secured by the property and should have been filed as a secured claim.

4.

Suntrust Mortgage Inc.., (hereinafter "Suntrust") filed a claim in this case on January 28, 2011 (Claim Register Docket No. 3-1) in the amount of $156,824.16, attached hereto as Exhibit B, which includes an escrow shortage related to the Residence in the amount of $418.62.

5.

The FCTC Claim fails to account for funds that were paid on behalf of the Debtor by Suntrust. The Respondent's Claim should be disallowed until amended to account for all funds paid by Suntrust and proof of the amount owed is provided thereafter.

**WHEREFORE**, based on the foregoing, the Claim should be allowed as a secured claim to the extent that it has not been paid by the Debtor's mortgage company through their escrow account.

This 29th of August, 2011.

___/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
 (770) 922-0066
mike@randrlawgroup.com

## CERTIFICATE OF SERVICE

  This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Objection to Proof of Claim filed by Gwinnett County Tax Commissioner*** and ***Notice of Assignment of Hearing*** by depositing in the United States Mail, a copy of same upon:

Gwinnett County Tax Commissioner
Attn: Duane Exum, Claims Processor
P.O. Box 372
Lawrenceville, GA 30046

  This is to certify that I have this day served Adam M. Goodman, Standing Chapter 13 Trustee via the ECF electronic mail/noticing system.

  This 30th day of August, 2011

               ___/S/_____
               Michael R. Rethinger
               Georgia Bar Number 301215
               Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
mike@randrlawgroup.com