**IT IS ORDERED as set forth below:**

Date: October 24, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| DENNIS PETER HUGHES, JR., ) | |
| ) | **CASE NO: A11-50040-JRS** |
| and ) | |
| ) | |
| HEATHER BIFFLE HUGHES, ) | |
| ) | |
| Debtors, ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| DENNIS PETER HUGHES, JR., ) | |
| ) | |
| and ) | |
| ) | |
| HEATHER BIFFLE HUGHES, ) | |
| ) | |
| Movants, ) | **CONTESTED MATTER** |
| ) | |
| vs. ) | |
| ) | |
| GWINNETT COUNTY TAX ) | |
| COMMISSIONER, ) | |

|  | ) |
|---|---|
| **Respondent.** | ) |

### ORDER ON OBJECTION TO CLAIM OF GWINNETT COUNTY TAX COMMISSIONER, (CLAIM NUMBER 14-1)

This matter is before the Court via Debtors' "Objection to Proof of Claim of Gwinnett County Tax Commissioner (Claim Number 14-1)" ("the Objection"), which was filed in the above-styled Chapter 13 case on August 29, 2011.  The Objection alleged that the respondent's Claim fails to account for funds that were paid on behalf of the Debtors by Suntrust, and therefore the claim should be disallowed until amended.  Upon contention by Movants' attorney that notice was proper, a hearing was held on October 6, 2011, at 2:00 p.m.  At the hearing appearances were made by counsel for Debtors and counsel for the Chapter 13 Trustee.  No appearances were made by any other party-in-interest and no responses were timely filed.  After review of the record and the pleadings in this case and for good cause shown:

IT IS HEREBY ORDERED that the Debtors' "Objection to Proof of Claim of of Gwinnett County Tax Commissioner (Claim Number 14-1)" is GRANTED.  The claim filed by Gwinnett County Tax Commissioner shall be disallowed.

### END OF DOCUMENT

Prepared by:                                                                 No Opposition:


____/s/_____                    _/s/_ *signed with express permission by MRR on10/14/11*

Michael R. Rethinger                                                Adam M. Goodman
Georgia Bar Number 301215                               Georgia Bar Number 300887
Attorney for Debtor                                                Chapter 13 Trustee
72 Spring Street, SW                                             Suite 200
                                                                                260 Peachtree Street
                                                                                Atlanta, GA 30303

# DISTRIBUTION LIST

Dennis Peter Hughes, Jr & Heather Biffle Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA 30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Gwinnett County Tax Commissioner
Attn:  Duane Exum, Claims Processor
P.O. Box 372
Lawrenceville, GA 30046