**IT IS ORDERED as set forth below:**

Date: October 24, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| DENNIS PETER HUGHES, JR., | ) | |
| | ) | CASE NO: A11-50040-JRS |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Debtors, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| DENNIS PETER HUGHES, JR., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Movants, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| GWINNETT COUNTY TAX | ) | |
| COMMISSIONER, | ) | |

|  |  |
|---|---|
| **Respondent.** | ) <br> ) |

### ORDER ON OBJECTION TO CLAIM OF GWINNETT COUNTY TAX COMMISSIONER, (CLAIM NUMBER 14-1)

This matter is before the Court via Debtors' "Objection to Proof of Claim of Gwinnett County Tax Commissioner (Claim Number 14-1)" ("the Objection"), which was filed in the above-styled Chapter 13 case on August 29, 2011.  The Objection alleged that the respondent's Claim fails to account for funds that were paid on behalf of the Debtors by Suntrust, and therefore the claim should be disallowed until amended.  Upon contention by Movants' attorney that notice was proper, a hearing was held on October 6, 2011, at 2:00 p.m.  At the hearing appearances were made by counsel for Debtors and counsel for the Chapter 13 Trustee.  No appearances were made by any other party-in-interest and no responses were timely filed.  After review of the record and the pleadings in this case and for good cause shown:

IT IS HEREBY ORDERED that the Debtors' "Objection to Proof of Claim of of Gwinnett County Tax Commissioner (Claim Number 14-1)" is GRANTED.  The claim filed by Gwinnett County Tax Commissioner shall be disallowed.

### END OF DOCUMENT

Prepared by:                                                    No Opposition:


____/s/_____          _/s/_signed with express permission by MRR on10/14/11_
Michael R. Rethinger                                   Adam M. Goodman
Georgia Bar Number 301215                    Georgia Bar Number 300887
Attorney for Debtor                                    Chapter 13 Trustee
72 Spring Street, SW                                 Suite 200
                                                                    260 Peachtree Street
                                                                    Atlanta, GA 30303

## DISTRIBUTION LIST

Dennis Peter Hughes, Jr & Heather Biffle Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA 30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Gwinnett County Tax Commissioner
Attn:  Duane Exum, Claims Processor
P.O. Box 372
Lawrenceville, GA 30046

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 11-50040-jrs
Dennis Peter Hughes                                                 Chapter 13
Heather Biffle Hughes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: pricev              Page 1 of 1              Date Rcvd: Oct 24, 2011
                              Form ID: pdf554          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2011.
db/jtdb    +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,   3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty        +Michael R. Rethinger,   R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty        +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
             Atlanta, GA 30324-4342
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bnc@13trusteeatlanta.com Oct 24 2011 22:25:55     Adam M. Goodman,
              Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
14659896     E-mail/PDF: TCEB@GWINNETTCOUNTY.COM Oct 25 2011 00:03:43     Gwinnett County Tax Commissioner,
              Department of Property Tax,   P.O. Box 372,   Lawrenceville, GA 30046-0372
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**                    **Signature:** _Joseph Speetjens_