LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

November 8, 2011

Clerk, United States Bankruptcy Court
75 Spring Street South West
Suite 1340
Atlanta, GA  30303

## **REQUEST FOR SERVICE OF NOTICES**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Frank Joseph WimberlyJr. |
| | Case Number | : | 10-98122 |
| | Chapter | : | 13 |
| | Secured Creditor | : | SunTrust Mortgage, Inc. |
| | Loan Number | : | XXXXXX5473 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

SunTrust Mortgage, Inc.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ A. Michelle Hart Ippoliti

A. Michelle Hart Ippoliti, Esquire
c/o McCALLA RAYMER, LLC
1544 Old Alabama Road,
Roswell, GA 30076
Phone : (678) 281-6537
Email : mh1@mccallaraymer.com
Attorney Bar No : 334291

cc: Mary Ida Townson
    D. Scott McPherson

File Number SUNT-10-02605-2 /
Request for Service of Notice