UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **DENNIS PETER HUGHES, JR.,** ) | **CASE NO: 11-50040-JRS** |
| ) | |
| and ) | |
| ) | |
| **HEATHER BIFFLE HUGHES,** ) | |
| ) | |
| Debtors. ) | |

## NOTICE OF MOTION BY DEBTOR TO SELL PERSONAL PROPERTY AND ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** to all parties in interest that the Debtors have filed a motion on August 2, 2012 to sell personal property, 315 shares of stock in Inhibitex, Inc. (the "Property") for the approximate sales price of $26.00 per share (based on close of business as of February 10, 2012).

The Motion to Sell was duly served on all creditors and parties in interest on August 4, 2012 and is also available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**NOTICE IS HEREBY GIVEN THAT** any person who objects to the proposed sale of personal property shall file a written objection, stating the grounds therefore, no later than 4:30 p.m. on the 8th day of March, 2012 with the Clerk, U.S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303-3367, and shall serve a copy on counsel for Debtor, Michael R. Rethinger, 72 Spring Street, SW, Atlanta, Georgia, 30303, (770) 922-0066.

Any objection not timely filed and served may be deemed waived. If no objection is filed as set forth above, the sale may thereupon stand approved without further notice

or hearing.

If an objection is filed, a hearing will be held before Judge James R. Sacca in **Courtroom 1404**, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at **2:00 PM** on the **20th day of September, 2012.**

Dated: August 2, 2012

_____/S/_____
Michael R. Rethinger
Georgia Bar Number: 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
michael@rethingerlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DENNIS PETER HUGHES, JR., | ) | CASE NO: 11-50040-JRS |
| | ) | |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION TO SELL PERSONAL PROPERTY**

**COMES NOW,** Ramsey Agan, the above-captioned Debtor, and herein does petition the court by way of this Bankruptcy Rule 6004 pleading for the proposed sale of certain personal property held by the estate located at in TD Ameritrade Account (ending in 3913) of 1,500 shares of stock in BAC (the "Property") and in support thereof Debtor does set forth such proposal as follows:

1.

Debtors' Chapter 13 case was filed on January 2, 2011 ("Petition Date").

2.

The Property was obtained when the Debtor wife worked for the company a number of years ago and did not have a value until the company was acquired by another company in February 2012.

3.

Debtor proposes to sell the Property back to the company as required under the employee stock ownership rules under which the stock was acquired.

.

4.

The Fair Market Value of the Property as of the date of filing of this Motion is shown to be $26.00/share or $8,190 minus the cost of the sale.

5.

Upon sale the Debtors propose to use the proceeds to pay for home repairs, needed maintenance of their vehicles and to pay tax obligations related to the sale of the stock.

**WHEREFORE,** Debtors pray that this motion be read and considered; that the Court enter an Order authorizing the Debtor to sell the aforementioned Property; and any other such relief that this court deem just and proper.

This 2nd day of August, 2012.

_____/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
770-922-0066
michael@rethingerlaw.com

**CERTIFICATE OF SERVICE**

  This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Motion to Sell Personal Property*** and ***Notice of Assignment of Hearing*** by depositing in the United States Mail, a copy of same upon:

Dennis & Heather Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

A. Michelle Hart
McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

All Creditors on Attached Matrix

  This is to certify that I have this day served Adam M. Goodman, Standing Chapter 13 Trustee, with a copy of the ***Motion to Sell Personal Property*** and ***Notice of Assignment of Hearing,*** via the ECF electronic mail/noticing system.

  This 4th day of August, 2012.

                ___/S/_____
                Michael R. Rethinger
                Georgia Bar Number 301215
                Attorney for Debtors

72 Spring Street, SW
Atlanta, GA 30303
(770) 922-0066
michael@rethingerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 11-50040-jrs<br>Northern District of Georgia<br>Atlanta<br>Thu Aug  2 15:12:06 EDT 2012 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>Po Box 36002<br>Ft Lauderdale, Fl 33336-0001 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Bank Of America<br>Po Box 851001<br>Dallas, Tx 75285-1001 | Chase Bank<br>Po Box 15153<br>Wilmington, De 19886-5153 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Citi Card<br>Processing Center<br>Des Moines, Ia 50363-0001 | FIA Card Services aka Bank of America<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Fia Card Services<br>Po Box 851001<br>Dallas, Tx 75285-1001 | Gwinnett County Tax Commiss.<br>Gwinnett County Justice And<br>Administration Bldg.<br>75 Langley Drive<br>Lawrenceville, Ga 30046-6935 |
| Gwinnett County Tax Commissioner<br>Department of Property Tax<br>P.O. Box 372<br>Lawrenceville, GA 30046-0372 | Kohl's<br>Po Box 2983<br>Milwaukee, Wi 53201-2983 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| SUNTRUST MORTGAGE INC<br>BANKRUPTCY DEPARTMENT RVW 3034<br>P.O BOX 27767<br>RICHMOND VA 23261-7767 | Sallie Mae<br>Po Box 9500<br>Wilkes-barre, Pa 18773-9500 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 |
| Suntrust Mortgage Inc<br>Po Box 79041<br>Baltimore, Md 21279-0041 | The Cove At Suawanee Station<br>Heritage Property Management Serv<br>500 Sugar Mill Rd<br>Bldg B #200<br>Atlanta, Ga 30350-2865 | Zwicker & Associates, Pc<br>Three Oaks Office Park<br>965 Oakland Road, Ste 3d<br>Lawrenceville, Ga 30044-3758 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 |
| Dennis Peter Hughes Jr<br>3940 Lake Pass Lane<br>Suwanee, GA 30024-1881 | Heather Biffle Hughes<br>3940 Lake Pass Lane<br>Suwanee, GA 30024-1881 | Michael R. Rethinger<br>R and R Law Group, LP<br>72 Spring Street, SW<br>Atlanta, GA 30303-3317 |

```
Richard K. Valldejuli
R&R Law Group, LP
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324-4342
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance                (d)American Honda Finance Corporation
Po Box 105027                         National Bankruptcy Center
Atlanta, Ga 30348                     P.O. Box 168088
                                      Irving, TX 75016-8088
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)SunTrust Mortgage, Inc.            End of Label Matrix
Post Office Box 27767                 Mailable recipients    30
                                      Bypassed recipients     1
                                      Total                  31
```