**IT IS ORDERED as set forth below:**



Date: January 4, 2013

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DENNIS PETER HUGHES, JR., | ) | CASE NO: 11-50040-JRS |
| | ) | |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER ON MOTION BY DEBTORS TO SELL PERSONAL PROPERTY**

This matter is before the Court via Debtors' "Motion To Sell Personal Property" ("the Motion"), which was filed in the above-styled Chapter 13 case on August 2, 2012. The Motion seeks to sell personal property, 315 shares of stock in Inhibitex, Inc. (the "Property") for the approximate sales price of $26.00 per share (based on close of business as of February 10, 2012) or $8,190 minus the cost of the sale. Additionally, Debtors propose to use the proceeds to pay for

home repairs, needed maintenance of their vehicles and to pay tax obligations related to the sale of the stock.

Upon contention by Movants' attorney that notice was proper, a hearing was held on October 25, 2012, at 2:00 p.m. At the hearing appearances were made by counsel for Debtors and counsel for the Chapter 13 Trustee. No appearances were made by any other party-in-interest and no responses were timely filed. After review of the record and the pleadings in this case and for good cause shown:

IT IS HEREBY ORDERED that the Debtors' "Motion to Sell Personal Property" is GRANTED. It is further

ORDERED that the debtor shall be allowed to retain the proceeds, approximately $8,190.00 minus the cost of the sale, to use the proceeds to pay for home repairs, needed maintenance of their vehicles and to pay tax obligations related to the sale of the stock.

**END OF DOCUMENT**


Prepared by:

____/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor
72 Spring Street, SW
Atlanta, GA 30303


No Opposition:

_/s/_____        *signed with express permission by MRR on 1.3.2013*
Adam M. Goodman
Georgia Bar Number 300887
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

## DISTRIBUTION LIST

Dennis & Heather Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA 30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303