**IT IS ORDERED as set forth below:**



**Date: January 4, 2013**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DENNIS PETER HUGHES, JR., | ) | CASE NO: 11-50040-JRS |
| | ) | |
| and | ) | |
| | ) | |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER ON MOTION BY DEBTORS TO SELL PERSONAL PROPERTY**

This matter is before the Court via Debtors' "Motion To Sell Personal Property" ("the Motion"), which was filed in the above-styled Chapter 13 case on August 2, 2012. The Motion seeks to sell personal property, 315 shares of stock in Inhibitex, Inc. (the "Property") for the approximate sales price of $26.00 per share (based on close of business as of February 10, 2012) or $8,190 minus the cost of the sale. Additionally, Debtors propose to use the proceeds to pay for

home repairs, needed maintenance of their vehicles and to pay tax obligations related to the sale of the stock.

Upon contention by Movants' attorney that notice was proper, a hearing was held on October 25, 2012, at 2:00 p.m. At the hearing appearances were made by counsel for Debtors and counsel for the Chapter 13 Trustee. No appearances were made by any other party-in-interest and no responses were timely filed. After review of the record and the pleadings in this case and for good cause shown:

IT IS HEREBY ORDERED that the Debtors' "Motion to Sell Personal Property" is GRANTED. It is further

ORDERED that the debtor shall be allowed to retain the proceeds, approximately $8,190.00 minus the cost of the sale, to use the proceeds to pay for home repairs, needed maintenance of their vehicles and to pay tax obligations related to the sale of the stock.

**END OF DOCUMENT**

Prepared by:

____/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor
72 Spring Street, SW
Atlanta, GA 30303


No Opposition:

_/s/_____     *signed with express permission by MRR on 1.3.2013*
Adam M. Goodman
Georgia Bar Number 300887
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

## DISTRIBUTION LIST

Dennis & Heather Hughes
3940 Lake Pass Lane
Suwanee, GA 30024

Michael R. Rethinger
Attorney for the Debtor
72 Spring Street, SW
Atlanta, GA 30303

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 11-50040-jrs
Dennis Peter Hughes                                             Chapter 13
Heather Biffle Hughes
         Debtors

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: millerc             Page 1 of 2              Date Rcvd: Jan 04, 2013
                               Form ID: pdf470           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2013.
db/jtdb    +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,   3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty        +Michael R. Rethinger,   R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty        +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
             Atlanta, GA 30324-4342
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: bnc@13trusteeatlanta.com Jan 04 2013 22:44:36     Adam M. Goodman,
             Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2013**                      Signature: _Joseph Speetjens_

```
District/off: 113E-9          User: millerc              Page 2 of 2            Date Rcvd: Jan 04, 2013
                              Form ID: pdf470            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2013 at the address(es) listed below:
         Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
         Michael R. Rethinger    on behalf of Debtor Dennis Hughes info@randrlawgroup.com
         Richard K. Valldejuli    on behalf of Debtor Dennis Hughes valldejuli@mindspring.com, info@valldejuliandassociates.com
         TOTAL: 3

Case 11-50040-pmb    Doc 46    Filed 01/06/13    Entered 01/07/13 02:07:43    Desc Imaged
Certificate of Notice    Page 5 of 5