UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DENNIS PETER HUGHES, JR. and | ) | |
| HEATHER BIFFLE HUGHES, | ) | CASE NO.:  11-50040-JRS |
| | ) | |
| DEBTORS. | ) | |

**MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Trustee in the above styled matter, and respectfully shows the

Court as follows:

1. Debtors have filed a petition for relief under Chapter 13.

2. Debtors have failed to comply with this Court's Order requiring regularly monthly Plan payments.
   Debtors should have paid $64,000.00. Debtors have paid a total of $60,000.00, causing a
   delinquency of $4,000.00.  Debtors' Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).

3. Debtors' Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6);
   see also 11 U.S.C. § 1322(d).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: October 14, 2013

Prepared and Presented by:

/s/ _____

William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DENNIS PETER HUGHES, JR. and | ) | |
| | ) | CASE NO.:  11-50040-JRS |
| HEATHER BIFFLE HUGHES, | ) | |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held November 14, 2013 at

9:30 am in the Richard B. Russell Building, 75 Spring Street SW, Courtroom 1404, Atlanta, GA

30303-3367.

All written objection shall state the grounds therefor and shall be filed with the Clerk, United

States Bankruptcy Court: Richard B. Russell Building, 75 Spring Street, SW, Room 1340, Atlanta, GA

30303.

A copy of the objection should be furnished to the Chapter 13 Trustee:

Adam M. Goodman, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

Prepared and Presented by:

/s/
William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DENNIS PETER HUGHES, JR. and | ) | CASE NO.:  11-50040-JRS |
| HEATHER BIFFLE HUGHES, | ) | |
| DEBTORS. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    DENNIS PETER HUGHES, JR.
    HEATHER BIFFLE HUGHES
    3940 LAKE PASS LANE
    SUWANEE, GA  30024

    DEBTOR(S) ATTORNEY:

    R & R LAW GROUP, LP
    72 SPRING STREET, SW
    ATLANTA, GA  30303

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed envelope

with adequate postage thereon today October 14, 2013.

    Prepared and Presented by:

    /s/ _____
    William A. Bozarth
    Attorney for Chapter 13 Trustee
    GA Bar No. 940530
    260 Peachtree Street, NW, Suite 200
    Atlanta, GA 30303
    (678) 510-1444 Phone
    (678) 510-1450 Fax