**IT IS ORDERED as set forth below:**



**Date: November 27, 2013**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION


IN RE:                            )    CHAPTER 13
DENNIS PETER HUGHES, JR           )
HEATHER BIFFLE HUGHES             )    CASE NO. 11-50040-JRS
                                  )
           DEBTORS.               )
```

**ORDER**
HEARING HELD NOVEMBER 14, 2013

This matter arose upon the Chapter 13 Trustee's Motion to Dismiss.  Upon the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced. Accordingly, it is hereby

ORDERED that commencing with the next plan payment due following the entry date of this order and continuing with strict compliance on each plan payment due date thereafter, for twelve (12) months,  the regular Chapter 13 payments (as

set forth in the confirmed plan) shall be remitted to the Chapter 13 Trustee. It is further

ORDERED that should Debtors' plan payments be submitted late, the Trustee may submit a Supplemental Report recommending dismissal, and upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**


Prepared and Presented by:




_____/s/_____
Jason L. Rogers, Attorney
for the Chapter 13 Trustee
GA Bar No.: 142575
260 Peachtree Street
Suite 200
Atlanta, GA  30303

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                         Case No. 11-50040-jrs
Dennis Peter Hughes                                                            Chapter 13
Heather Biffle Hughes
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 113E-9          User: dillard               Page 1 of 1             Date Rcvd: Nov 29, 2013
                              Form ID: pdf403             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2013.
db/jtdb      +Dennis Peter Hughes, Jr,    Heather Biffle Hughes,    3940 Lake Pass Lane,   Suwanee, GA 30024-1881
aty          +Michael R. Rethinger,    R and R Law Group, LP,    72 Spring Street, SW,   Atlanta, GA 30303-3317
aty          +Richard K. Valldejuli,    R&R Law Group, LP,    Suite A,   2199 Lenox Road, NE,
               Atlanta, GA 30324-4342
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: bnc@13trusteeatlanta.com Nov 29 2013 19:51:11     Adam M. Goodman,
               Chapter 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
tr           +E-mail/Text: bnc@13trusteeatlanta.com Nov 29 2013 19:51:11     Adam M. Goodman,
               Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2013 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman    on behalf of Trustee Adam M. Goodman
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Michael R. Rethinger    on behalf of Joint Debtor Heather Biffle Hughes info@randrlawgroup.com
              Michael R. Rethinger    on behalf of Debtor Dennis Peter Hughes, Jr info@randrlawgroup.com
              Richard K. Valldejuli    on behalf of Debtor Dennis Peter Hughes, Jr
               info@valldejuliandassociates.com
              Richard K. Valldejuli    on behalf of Joint Debtor Heather Biffle Hughes
               info@valldejuliandassociates.com
                                                                                             TOTAL: 6
```