UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Dennis Peter Hughes Jr**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−3472**

**Heather Biffle Hughes**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−0475**

Case No.: **11−50040−pmb**
Chapter: **13**
Judge: **Paul Baisier**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Paul Baisier**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: July 20, 2015

Form 301