**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:   Debtor(s)
    **Dennis Peter Hughes Jr**
    3940 Lake Pass Lane
    Suwanee, GA 30024

    **xxx−xx−3472**

    **Heather Biffle Hughes**
    3940 Lake Pass Lane
    Suwanee, GA 30024

    **xxx−xx−0475**

Case No.: **11−50040−pmb**
Chapter: **13**
Judge: **Paul Baisier**

**NOTICE OF CASE REASSIGNMENT**

Notice is hereby given that this case has been reassigned to the **Honorable Paul Baisier**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  July 20, 2015

Form 301

```
                              United States Bankruptcy Court
                               Northern District of Georgia

In re:                                                              Case No. 11-50040-pmb
Dennis Peter Hughes, Jr                                             Chapter 13
Heather Biffle Hughes
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 113E-9          User: whitworth              Page 1 of 2      Date Rcvd: Jul 20, 2015
                              Form ID: 301                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2015.
db/jtdb        +Dennis Peter Hughes, Jr,    Heather Biffle Hughes,    3940 Lake Pass Lane,
                 Suwanee, GA 30024-1881
aty            +Michael R. Rethinger,    R and R Law Group, LP,   72 Spring Street, SW,   Atlanta, GA 30303-3317
aty            +Richard K. Valldejuli,    R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
                 Atlanta, GA 30324-4342
cr             +Navient Solutions Inc,    220 Lasley Ave.,   Wilkes-Barre, PA 18706-1430
14391627        American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13947406       +American Express Centurion Bank,    Po Box 36002,   Ft Lauderdale, Fl 33336-0001
13947408       +Bank Of America,    Po Box 851001,   Dallas, Tx 75285-1001
18821862       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,   P O Box 982284,
                 El Paso, TX 79998-2284
13947409       +Chase Bank,    Po Box 15153,   Wilmington, De 19886-5153
14112501        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14117704       +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas,Tx 75374-0933
13947410       +Citi Card,    Processing Center,   Des Moines, Ia 50363-0001
14278967        FIA Card Services aka Bank of America,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
14046471       +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
                 1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
13947411       +Fia Card Services,    Po Box 851001,   Dallas, Tx 75285-1001
13947415       +Suntrust Mortgage Inc,    Po Box 79041,   Baltimore, Md 21279-0041
13947416       +The Cove At Suawanee Station,    Heritage Property Management Serv,   500 Sugar Mill Rd,
                 Bldg B #200,   Atlanta, Ga 30350-2865
14269060        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
14360519        eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,   POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bnc@13trusteeatlanta.com Jul 21 2015 00:59:19      Adam M. Goodman,
                 Chapter 13 Trustee,   Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
tr             +E-mail/Text: bnc@13trusteeatlanta.com Jul 21 2015 00:59:19      Adam M. Goodman,
                 Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
13947407        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2015 01:05:46      American Honda Finance,
                 Po Box 105027,   Atlanta, Ga 30348
13984597        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2015 01:05:46
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
13947412       +E-mail/Text: tceb@gwinnettcounty.com Jul 21 2015 00:59:40      Gwinnett County Tax Commiss.,
                 Gwinnett County Justice And,   Administration Bldg.,   75 Langley Drive,
                 Lawrenceville, Ga 30046-6935
14659896        E-mail/Text: tceb@gwinnettcounty.com Jul 21 2015 00:59:40      Gwinnett County Tax Commissioner,
                 Department of Property Tax,   P.O. Box 372,   Lawrenceville, GA 30046-0372
13947413       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2015 01:00:26      Kohl's,   Po Box 2983,
                 Milwaukee, Wi 53201-2983
15226195        E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2015 01:18:35
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14029640       +E-mail/Text: pamela.powell@suntrust.com Jul 21 2015 01:36:13      SUNTRUST MORTGAGE INC,
                 BANKRUPTCY DEPARTMENT RVW 3034,    P.O BOX 27767,   RICHMOND VA 23261-7767
13947414       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2015 01:21:24      Sallie Mae,   Po Box 9500,
                 Wilkes-barre, Pa 18773-9500
14041931        E-mail/PDF: pa_dc_litigation@navient.com Jul 21 2015 01:19:57
                 Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GE Capital Retail Bank
cr              SunTrust Mortgage, Inc.,   Post Office Box 27767
14269061*       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
14269062*       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
13947417      ##+Zwicker & Associates, Pc,   Three Oaks Office Park,   965 Oakland Road, Ste 3d,
                 Lawrenceville, Ga 30044-3758
                                                                                   TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9          User: whitworth              Page 2 of 2                  Date Rcvd: Jul 20, 2015
                              Form ID: 301                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2015 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman     on behalf of Trustee Adam M. Goodman
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Michael R. Rethinger    on behalf of Joint Debtor Heather Biffle Hughes michael@rethingerlaw.com
              Michael R. Rethinger    on behalf of Debtor Dennis Peter Hughes, Jr michael@rethingerlaw.com
              Navient Solutions Inc    nancy.i.tenneriello@salliemae.com
              Richard K. Valldejuli    on behalf of Joint Debtor Heather Biffle Hughes
               info@valldejuliandassociates.com
              Richard K. Valldejuli    on behalf of Debtor Dennis Peter Hughes, Jr
               info@valldejuliandassociates.com
                                                                                             TOTAL: 7
```