Certificate Number: 05781-GAN-DE-026740987

Bankruptcy Case Number: 11-50040



05781-GAN-DE-026740987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2016, at 12:42 o'clock PM PST, Dennis Hughes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   January 2, 2016            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President