| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dennis Peter Hughes Jr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3472** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Heather Biffle Hughes** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0475** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** | | |
| Case number:   **11–50040–pmb** | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    **Dennis Peter Hughes Jr**                    **Heather Biffle Hughes**

**IT IS FURTHER ORDERED THAT:**

Any employer of the debtor(s) against which a Chapter 13 Employee Deduction Order is in effect shall cease immediately withholding from the wages, salary, commissions, or other earnings or income of the debtor any monies on account of the Chapter 13 case.

The Attorney for the debtor(s) shall serve a copy of this order upon any employer of the debtor who is subject to an Employee Deduction Order.

    3/2/16                                                           **By the court:**   *Paul Baisier*

                                                                         Paul Baisier
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankrutcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

```
                                United States Bankruptcy Court
                                Northern District of Georgia
In re:                                                                      Case No. 11-50040-pmb
Dennis Peter Hughes, Jr                                                     Chapter 13
Heather Biffle Hughes
        Debtors                         CERTIFICATE OF NOTICE
District/off: 113E-9          User: rodriguez              Page 1 of 2                  Date Rcvd: Mar 02, 2016
                              Form ID: 3180W               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2016.
db/jtdb        +Dennis Peter Hughes, Jr,    Heather Biffle Hughes,    3940 Lake Pass Lane,
                 Suwanee, GA 30024-1881
cr             +Navient Solutions Inc,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
18821862       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
14117704       +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas,Tx 75374-0933
14029640       +SUNTRUST MORTGAGE INC,    BANKRUPTCY DEPARTMENT RVW 3034,    P.O BOX 27767,
                 RICHMOND VA 23261-7767
13947416       +The Cove At Suawanee Station,    Heritage Property Management Serv,    500 Sugar Mill Rd,
                 Bldg B #200,   Atlanta, Ga 30350-2865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13947407        EDI: HNDA.COM Mar 02 2016 20:23:00     American Honda Finance,    Po Box 105027,
                 Atlanta, Ga 30348
13984597        EDI: HNDA.COM Mar 02 2016 20:23:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
14391627        EDI: BECKLEE.COM Mar 02 2016 20:23:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13947406       +EDI: AMEREXPR.COM Mar 02 2016 20:23:00      American Express Centurion Bank,    Po Box 36002,
                 Ft Lauderdale, Fl 33336-0001
13947408       +EDI: BANKAMER.COM Mar 02 2016 20:23:00      Bank Of America,    Po Box 851001,
                 Dallas, Tx 75285-1001
13947409       +EDI: CHASE.COM Mar 02 2016 20:23:00     Chase Bank,    Po Box 15153,   Wilmington, De 19886-5153
14112501        EDI: CHASE.COM Mar 02 2016 20:23:00     Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
13947410       +EDI: CITICORP.COM Mar 02 2016 20:23:00      Citi Card,    Processing Center,
                 Des Moines, Ia 50363-0001
14278967        EDI: BL-BOA.COM Mar 02 2016 20:23:00     FIA Card Services aka Bank of America,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14046471       +EDI: BANKAMER.COM Mar 02 2016 20:23:00      FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
                 Newark, DE 19713-6000
13947411       +EDI: BANKAMER.COM Mar 02 2016 20:23:00      Fia Card Services,    Po Box 851001,
                 Dallas, Tx 75285-1001
13947412       +E-mail/Text: tceb@gwinnettcounty.com Mar 02 2016 20:33:24      Gwinnett County Tax Commiss.,
                 Gwinnett County Justice And,    Administration Bldg.,    75 Langley Drive,
                 Lawrenceville, Ga 30046-6935
14659896        E-mail/Text: tceb@gwinnettcounty.com Mar 02 2016 20:33:24      Gwinnett County Tax Commissioner,
                 Department of Property Tax,    P.O. Box 372,   Lawrenceville, GA 30046-0372
13947413       +EDI: CBSKOHLS.COM Mar 02 2016 20:23:00      Kohl’s,    Po Box 2983,   Milwaukee, Wi 53201-2983
15226195        EDI: RECOVERYCORP.COM Mar 02 2016 20:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13947414       +EDI: NAVIENTFKASMSERV.COM Mar 02 2016 20:23:00      Sallie Mae,    Po Box 9500,
                 Wilkes-barre, Pa 18773-9500
14041931        EDI: NAVIENTFKASMGUAR.COM Mar 02 2016 20:23:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13947415       +EDI: STF1.COM Mar 02 2016 20:23:00     Suntrust Mortgage Inc,    Po Box 79041,
                 Baltimore, Md 21279-0041
14269060        EDI: ECAST.COM Mar 02 2016 20:23:00     eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
14360519        EDI: ECAST.COM Mar 02 2016 20:23:00     eCAST Settlement Corporation, assignee,
                 of Citibank (South Dakota), N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GE Capital Retail Bank
cr              SunTrust Mortgage, Inc.,   Post Office Box 27767
14269061*       eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
14269062*       eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
13947417      ##+Zwicker & Associates, Pc,   Three Oaks Office Park,   965 Oakland Road, Ste 3d,
                 Lawrenceville, Ga 30044-3758
                                                                                               TOTALS: 2, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9          User: rodriguez              Page 2 of 2                  Date Rcvd: Mar 02, 2016
                              Form ID: 3180W               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2016 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman     on behalf of Trustee Adam M. Goodman
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Michael R. Rethinger    on behalf of Joint Debtor Heather Biffle Hughes michael@rethingerlaw.com,
               G17107@notify.cincompass.com
              Michael R. Rethinger    on behalf of Debtor Dennis Peter Hughes, Jr michael@rethingerlaw.com,
               G17107@notify.cincompass.com
              Navient Solutions Inc    nancy.i.tenneriello@salliemae.com
              Richard K. Valldejuli    on behalf of Joint Debtor Heather Biffle Hughes
               info@valldejuliandassociates.com
              Richard K. Valldejuli    on behalf of Debtor Dennis Peter Hughes, Jr
               info@valldejuliandassociates.com
                                                                                             TOTAL: 7
```