**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Dennis Peter Hughes Jr**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−3472**

**Heather Biffle Hughes**
3940 Lake Pass Lane
Suwanee, GA 30024

**xxx−xx−0475**

Case No.: **11−50040−pmb**
Chapter: **13**
Judge: **Paul Baisier**

**ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE
AND CLOSING ESTATE**

It appearing that the case of the above−named Debtor(s) was discharged by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:

1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), and the Chapter 13 Trustee.

_Paul Baisier_
Paul Baisier
United States Bankruptcy Judge

Dated:  March 31, 2016

Form 214

United States Bankruptcy Court
Northern District of Georgia

In re:  
Dennis Peter Hughes, Jr  
Heather Biffle Hughes  
    Debtors

Case No. 11-50040-pmb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9        User: rodriguez        Page 1 of 1        Date Rcvd: Mar 31, 2016  
                         Form ID: 214        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.  
db/jtdb      +Dennis Peter Hughes, Jr,   Heather Biffle Hughes,   3940 Lake Pass Lane,   Suwanee, GA 30024-1881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2016 at the address(es) listed below:  
        Adam M. Goodman   cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com  
        Adam M. Goodman   on behalf of Trustee Adam M. Goodman   cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com  
        Michael R. Rethinger   on behalf of Joint Debtor Heather Biffle Hughes michael@rethingerlaw.com, G17107@notify.cincompass.com  
        Michael R. Rethinger   on behalf of Debtor Dennis Peter Hughes, Jr michael@rethingerlaw.com, G17107@notify.cincompass.com  
        Navient Solutions Inc   nancy.i.tenneriello@salliemae.com  
        Richard K. Valldejuli   on behalf of Joint Debtor Heather Biffle Hughes   info@valldejuliandassociates.com  
        Richard K. Valldejuli   on behalf of Debtor Dennis Peter Hughes, Jr   info@valldejuliandassociates.com  
    TOTAL: 7